# EXHIBIT 1-A

THE WAVE STUDIO, LLC
COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
VA 1-432-324



EFFECTIVE DATE OF REGISTRATION
12    28    2010
Month    Day    Year

---

**1** **Title of This Work ▼**

Wave-s Photographs 2001

**NATURE OF THIS WORK ▼ See instructions**

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 67 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2** **NAME OF AUTHOR ▼**

**a** Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3** **a** **Year in Which Creation of This Work Was Completed**   2001
This information must be given in all cases.
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month Mar. 26   Day Sep. 17   Year 2001
Nation Singapore

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes *IN SIEDE / 8<sup>tm</sup> 1-53997682*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼
Jennison & Shultz, P.C.

Account Number ▼
080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640            Fax number ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of            WAVE-S

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin            Date  28 December 2010

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 324**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

* This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
* This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
* If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
* No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
* If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
* Space A of this sheet is intended to identify the author and claimant.
* Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
* Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
* Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

(Month) *12*  (Day) *28*  (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *10* Pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S

Name of Copyright Claimant _____ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

**Registration for a Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Number | Title of Photograph _____ phuket001 | |
| | Date of First Publication 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| | Description of Photograph _____ (Optional) | |
| Number | Title of Photograph _____ phuket002 | |
| | Date of First Publication 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| | Description of Photograph _____ (Optional) | |
| Number | Title of Photograph _____ phuket003 | |
| | Date of First Publication 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| | Description of Photograph _____ (Optional) | |
| Number | Title of Photograph _____ phuket004 | |
| | Date of First Publication 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| | Description of Photograph _____ (Optional) | |
| Number | Title of Photograph _____ phuket005 | |
| | Date of First Publication 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| | Description of Photograph _____ (Optional) | |

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket005 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket007 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket008 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket009 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket010 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket011 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket012 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket013 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket014 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | phuket015 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Dunlap & Shutz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | phuket016 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket017 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket018 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket019 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket020 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket021 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket022 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket023 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket024 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| Number | Title of Photograph | phuket025 |
| | Date of First Publication | 26 March 2001 Nation of First Publication Singapore |
| | Description of Photograph | |

**C**
Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket026 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket027 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket028 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket029 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket030 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket031 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket032 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket033 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket034 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | phuket035 | | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | phuket036 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket037 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket038 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket039 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket040 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket041 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu001 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu002 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu003 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu004 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Title of Photograph | lalu005 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu006 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu007 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu008 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu009 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu010 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu011 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu012 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu013 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu014 | | |
|---|---|---|---|
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Renjixen & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu015 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu016 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu017 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu018 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu019 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu020 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu021 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu022 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu023 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu024 | |
| Date of First Publication | 17 September 2001 (Month) (Day) (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

| Name ▼ |
|---|
| Jennison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number ☐

Title of Photograph _____ lalu025 _____

Date of First Publication __17__ __September__ __2001__   Nation of First Publication   __Singapore__
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Registration
For Group of
Published
Photographs
(continued)

Number ☐

Title of Photograph _____ lalu026 _____

Date of First Publication __17__ __September__ __2001__   Nation of First Publication   __Singapore__
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

Number ☐

Title of Photograph _____

Date of First Publication _____   Nation of First Publication _____
                         (Month)      (Day)      (Year)

Description of Photograph _____ (Optional) _____

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

**EFFECTIVE DATE OF REGISTRATION**

12 / 28 / 2010
Month / Day / Year

---

**1**

**Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution in a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

**a** Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR
Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** Name of Author ▼

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR
Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2002 Year

This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Only if this work has been published.
Month July 20 Day Dec. 2 Year 2002
Singapore Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
12-28-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☑ Yes *(IN Sebe/ SR# 1-540400134)*

FOR COPYRIGHT OFFICE USE ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions before completing this space.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                    080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  (703) 415-1640          Fax number  (703) 415-0788

Email  John@JennisonLaw.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ____  WAVE-S
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼

X _____

**8**

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1−432−325



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) *12*  (Day) *28*  (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *21* pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S

Name of Copyright Claimant _____ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

---

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu027 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu028 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu029 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu030 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu031 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**B**

Title of Photograph __ lalu032
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu033
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu034
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu035
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu036
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu037
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu038
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu039
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu040
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ lalu041
Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkins & Shohz, PC

Number / Street / Apt ▼
2801 Jefferson Davis Hwy., Suite 1102

City / Town / State ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | lalu042 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu043 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu044 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu045 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu046 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu047 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu048 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu049 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu050 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu051 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

---

**B**

Title of Photograph: lulu052
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu053
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu054
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu055
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu056
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu057
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu058
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu059
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu060
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lulu061
Date of First Publication: 20 July 2002   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Fleisher & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1103
City / State / Zip: Arlington, VA 22202-3604

**B**

Registration for Change of Bailout Filament Performance (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu062 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu063 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu064 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu065 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu066 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu067 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu068 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu069 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu070 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu071 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __lalu072__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu073__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu074__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu075__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu076__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu077__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu078__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu079__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu080__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __lalu081__

Date of First Publication __20__ __July__ __2002__ Nation of First Publication __Singapore__

Description of Photograph

**C**

Name ▼
Jonathan & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu082 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu083 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu084 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu085 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu086 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu087 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu088 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu089 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu090 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu091 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu092 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu093 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu094 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu095 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu096 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu097 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu098 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu099 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu100 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu101 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph lalu102 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu103 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu104 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu105 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu106 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu107 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu108 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu109 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu110 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph lalu111 |
| | Date of First Publication 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

22222222222222222

**B**

Title of Photograph: lalu112
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu113
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu114
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu115
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu116
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu117
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu118
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu119
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu120
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

Title of Photograph: lalu121
Date of First Publication: 20 (Month) July (Day) 2002 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu122 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu123 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu124 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu125 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu126 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu127 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu128 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu129 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu130 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu131 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number | Title of Photograph | lalu132
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu133
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu134
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu135
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu136
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu137
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu138
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu139
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu140
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | lalu141
Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to registry of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu142 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu143 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu144 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu145 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu146 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu147 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu148 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu149 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu150 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu151 | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼ Jeanison & Shultz, PC

Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼ Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

**B**

Title of Photograph __lalu152__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu153__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu154__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu155__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu156__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu157__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __lalu158__
Date of First Publication __20__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __muscat001__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __muscat002__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Title of Photograph __muscat003__
Date of First Publication __16__ (Month) __July__ (Day) __2002__ (Year)  Nation of First Publication __Singapore__
Description of Photograph __(optional)__

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat004 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat005 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat006 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat007 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat008 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat009 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat010 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat011 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat012 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat013 |
| | Date of First Publication | 16  (Month)   July  (Day)   2002  (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph **muscat014** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat015** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat016** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat017** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat018** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat019** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat020** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat021** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat022** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **muscat023** |
| | Date of First Publication **16** (Month) **July** (Day) **2002** (Year) Nation of First Publication **Singapore** |
| | Description of Photograph (Optional) |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph — muscat024
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — muscat025
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — muscat026
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — muscat027
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — muscat028
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — muscat029
Date of First Publication — 16 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — legianclub001
Date of First Publication — 12 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — legianclub002
Date of First Publication — 12 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — legianclub003
Date of First Publication — 12 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — legianclub004
Date of First Publication — 12 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000