# EXHIBIT 1-B

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph    legianclub005
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub006
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub007
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub008
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub009
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub010
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub011
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub012
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub013
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    legianclub014
Date of First Publication    12    July    2002    Nation of First Publication    Singapore
                         (Month)  (Day)  (Year)
Description of Photograph    (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | legianclub015 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian001 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian002 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian003 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian004 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian005 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian006 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket042 | |
| Date of First Publication | 2 December 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

*4U800014325284*

EFFECTIVE DATE OF REGISTRATION

12 / 30 / 2010
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2007(A)

**NATURE OF THIS WORK ▼ See Instructions**

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a   The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _Singapore_

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

b   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map     ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art     ☐ Jewelry design     ☐ Architectural work

## 3

a   **Year in Which Creation of This Work Was Completed**
2007
Year     This information must be given in all cases.

b   **Date and Nation of First Publication of This Particular Work**
Feb. 7 – July 6
Month     Day
2007     Year
Singapore     Nation

ONLY if this work has been published.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.;
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____    **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a
See instructions before completing this space.
b

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼
Jennison & Shultz, P.C.                 080519

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640        Fax number  ( 703 ) 415-0788
Email  John@JennisonLaw.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                            Date  28 December 2010

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

RI  VA 1 – 432 – 326

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12  30  2010
(Month)  (Day)  (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  41  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant  THE WAVE DESIGN PTE. LTD. ; 10A Trengganu Street, Singapore 058464

## B

**Identification of Individual Titles of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number

Title of Photograph  chiangmai076
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Number

Title of Photograph  chiangmai077
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Number

Title of Photograph  chiangmai078
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Number

Title of Photograph  chiangmai079
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

Number

Title of Photograph  chiangmai080
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph  (Optional)

**B**

Title of Photograph ___ chiangmai081
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai082
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai083
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai084
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai085
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai086
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai087
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai088
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai089
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai090
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph ___

**C**

Name ▼
Dunlap & Kratz, PC

Number/Street/Apt ▼
2901 Jefferson Davis Hwy.; Suite 1103

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph __chiangmai091__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai092__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai093__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai094__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai095__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai096__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai097__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai098__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai099__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph __chiangmai100__

Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
           (Month)  (Day)  (Year)

Description of Photograph _____ (Optional)

---

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | chiangmai101 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai102 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai103 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai104 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai105 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai106 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai107 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai108 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai109 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai110 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | chiangmai111 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai112 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai113 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai114 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai115 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai116 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai117 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai118 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai119 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

| | Title of Photograph | chiangmai120 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Nature | | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

**Number**
Title of Photograph __chiangmai121__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai122__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai123__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai124__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai125__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai126__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai127__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai128__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai129__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**Number**
Title of Photograph __chiangmai130__
Date of First Publication __7__ __February__ __2007__ (Month) (Day) (Year) Nation of First Publication __Singapore__
Description of Photograph (Option)

**C**

Name ▼ Jennison & Shultz, PC
Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼ Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai131__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai132__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai133__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai134__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai135__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai136__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai137__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai138__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai139__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph __chiangmai140__
Date of First Publication ___7___ __February__ __2007__   Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Scalines & Shalts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Title of Photograph ____ chiangmai141

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

**B**

Title of Photograph ____ chiangmai142

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai143

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai144

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai145

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai146

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai147

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai148

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai149

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Title of Photograph ____ chiangmai150

Date of First Publication ____ 7 ____ February ____ 2007 ____ Nation of First Publication ____ Singapore

Description of Photograph ____

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai151 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai152 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai153 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai154 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai155 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai156 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai157 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai158 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai159 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chiangmai160 | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai161
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai162
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai163
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai164
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai165
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai166
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai167
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai168
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai169
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ chiangmai170
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
   (Month)   (Day)   (Year)
Description of Photograph ___ (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai171 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai172 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai173 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai174 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai175 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai176 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai177 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai178 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai179 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ chiangmai180 ___
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai181
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai182
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai183
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai184
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai185
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai186
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai187
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai188
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai189
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai190
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name
Boniface & Slabit, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy.; Suite 1160

City / State / Zip
Arlington, VA 22202-3694

**B**

Title of Photograph __chiangmai191__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai192__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai193__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai194__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai195__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai196__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai197__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai198__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai199__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

Title of Photograph __chiangmai200__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
   _Month_  _Day_  _Year_
Description of Photograph ____

**C**

Name ▼
Saldana & Shahs, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — chiangmai201
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai202
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai203
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai204
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai205
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai206
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai207
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai208
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai209
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

Title of Photograph — chiangmai210
Date of First Publication 7 February 2007  Nation of First Publication Singapore
Description of Photograph

**C**

Jennison & Shultz, PC
2001 Jefferson Davis Hwy.; Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph  chiangmai211
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai212
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai213
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai214
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai215
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai216
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai217
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai218
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai219
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai220
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

**C**

Fatten & Sialto, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**
Registration Certificate

| Title of Photograph | chiangmai221 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai222 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai223 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai224 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai225 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai226 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai227 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai228 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai229 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai230 |
|---|---|
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jamison & Stoate, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph chiangmai231
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai232
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai233
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai234
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai235
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai236
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai237
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph chiangmai238
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph bkk001
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph bkk002
Date of First Publication 7 February 2007 Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | bkk003 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk004 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk005 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk006 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk007 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk008 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk009 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk010 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk011 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk012 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __bkk013__
Date of First Publication _7_ _February_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __bkk014__
Date of First Publication _7_ _February_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __bkk015__
Date of First Publication _7_ _February_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __bkk016__
Date of First Publication _7_ _February_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __bkk017__
Date of First Publication _7_ _February_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai070__
Date of First Publication _6_ _July_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai071__
Date of First Publication _6_ _July_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai072__
Date of First Publication _6_ _July_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai073__
Date of First Publication _6_ _July_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai074__
Date of First Publication _6_ _July_ _2007_ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Jonathan A. Binns, PC
2001 Jefferson Davis Hwy ; Suite 1102
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai075

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai076

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai077

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai078

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai079

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai080

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai081

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai082

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai083

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai084

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ____ namhai085 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai086 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai087 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai088 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai089 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai090 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai091 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai092 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai093 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

Title of Photograph ____ namhai094 ____

Date of First Publication __6__ __July__ __2007__  Nation of First Publication ____ Singapore ____
                        _month_ _day_ _Year_

Description of Photograph ___ digital ___

**C**

Name ▼
Saunders & Silverstein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai095 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai096 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai097 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai098 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai099 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai100 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai101 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai102 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai103 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai104 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Kimbrell & Slade, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph __ namhai105
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai106
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai107
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai108
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai109
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai110
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai111
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai112
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai113
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Number

Title of Photograph __ namhai114
Date of First Publication __ 6 __ July __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604