# EXHIBIT 1-C

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph ____ namhai115 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai116 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai117 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai118 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai119 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai120 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai121 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai122 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai123 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

Title of Photograph ____ namhai124 _____
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ____ Singapore ____
Description of Photograph ____

**C**

Name ▼
Jessica & Stoltz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai125
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai126
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai127
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai128
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai129
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai130
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai131
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai132
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai133
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai134
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamison & Slultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  namhai135
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai136
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai137
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai138
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai139
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai140
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai141
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai142
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai143
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  namhai144
Date of First Publication  6  July  2007  Nation of First Publication  Singapore
Description of Photograph

**C**

Name ▼
Simpson & Sholz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai145__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai146__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai147__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai148__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai149__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai150__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai151__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai152__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai153__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai154__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Lawrence & Sholtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    namhai155
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai156
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai157
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai158
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai159
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai160
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai161
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai162
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai163
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai164
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    namhai165
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai166
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai167
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai168
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai169
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai170
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai171
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai172
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai173
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

Title of Photograph    namhai174
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph    notes

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt #
2601 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai175
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai176
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai177
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai178
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai179
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai180
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai181
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai182
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai183
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai184
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Hudson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ____ namhai185
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai186
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai187
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai188
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai189
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai190
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai191
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai192
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai193
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ namhai194
Date of First Publication __6__ ___July___ __2007__  Nation of First Publication ____ Singapore
Description of Photograph ____

**C**

Name ▼
Ivanhoe & Shefer, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai195__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai196__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai197__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai198__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai199__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai200__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai201__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai202__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai203__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

Title of Photograph __namhai204__

Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__

Description of Photograph

**Name ▼**
Jamison & Studz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai205 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai206 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai207 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai208 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai209 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai210 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai211 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai212 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai213 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai214 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai215

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai216

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai217

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai218

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai219

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai220

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai221

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai222

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai223

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

Title of Photograph ___ namhai224

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

---

**C**

Name ▼
Jennifer & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ namhai225 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai226 _____
Date of First Publication ___ 5 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai227 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai228 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai229 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai230 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai231 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai232 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai233 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

Title of Photograph _____ namhai234 _____
Date of First Publication ___ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore _____
Description of Photograph ___ event

**C**

Name ▼
Jacobson & Slate, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai235

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai236

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai237

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai238

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai239

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai240

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai241

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai242

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai243

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ namhai244

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai245 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai246 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai247 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai248 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai249 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai250 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai251 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai252 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai253 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai254 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Justinian A. Sladis, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    namhai255
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai256
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai257
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai258
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai259
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai260
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai261
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai262
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai263
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai264
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Stephen & Shultz, PC

Number/Street/Apt
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai265 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai266 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai267 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai268 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | namhai269 | | | | | |
|---|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | | | | | |
|---|---|---|---|---|---|
| Date of First Publication | | | | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | | | | | |
|---|---|---|---|---|---|
| Date of First Publication | | | | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | | | | | |
|---|---|---|---|---|---|
| Date of First Publication | | | | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | | | | | |
|---|---|---|---|---|---|
| Date of First Publication | | | | Nation of First Publication | |
| Description of Photograph | | | | | |

| Title of Photograph | | | | | |
|---|---|---|---|---|---|
| Date of First Publication | | | | Nation of First Publication | |
| Description of Photograph | | | | | |

**C**

Johnson & Stubbs, PC

3001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-432-327

**EFFECTIVE DATE OF REGISTRATION**

12  30  2010
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2007
Year  This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  November  Day  28  Year  2007
Singapore  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                     Account Number ▼

Jennison & Shultz, P.C.                     080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number    ( 703 ) 415-1640          Fax number    ( 703 ) 415-0788

Email   John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date  28 December 2010

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Jennison & Shultz, PC |
| | Number/Street/Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City/State/ZIP ▼ Arlington, VA 22202-3604 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REC   VA 1 – 432 – 327

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*12*     *30*     *2010*
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

Page  *3*  of  *6*  pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ___ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | |
|---|---|---|---|
| | Title of Photograph | saujana001 | |
| | Date of First Publication | 28 (Month) November (Day) 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |
| | Title of Photograph | saujana002 | |
| | Date of First Publication | 28 (Month) November (Day) 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |
| | Title of Photograph | saujana003 | |
| | Date of First Publication | 28 (Month) November (Day) 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |
| | Title of Photograph | saujana004 | |
| | Date of First Publication | 28 (Month) November (Day) 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |
| | Title of Photograph | saujana005 | |
| | Date of First Publication | 28 (Month) November (Day) 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

**B**

Registration for Group of Published Photographs [continued]

Title of Photograph saujana006
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana007
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana008
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana009
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana010
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana011
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana012
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana013
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana014
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

Title of Photograph saujana015
Date of First Publication 28 November 2007 Nation of First Publication Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | saujana016 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana017 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana018 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana019 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana020 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana021 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana022 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana023 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana024 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana025 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication | Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ saujana026

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana027

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana028

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana029

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana030

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana031

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ saujana032

Date of First Publication ___ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___

Date of First Publication ___ Nation of First Publication ___

Description of Photograph ___

Title of Photograph ___

Date of First Publication ___ Nation of First Publication ___

Description of Photograph ___

Title of Photograph ___

Date of First Publication ___ Nation of First Publication ___

Description of Photograph ___

**C**

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼

2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-328**

EFFECTIVE DATE OF REGISTRATION

12          29          2010
Month       Day         Year

---

**1**

Title of This Work ▼

Wave-s Photographs 2003

Previous or Alternative Titles ▼

Group Registration / Published Photos - 139 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

NATURE OF THIS WORK ▼ See Instructions

Photographs

---

**2**

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instructions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**a** NAME OF AUTHOR ▼

Wave-s (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☒ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR ☐ Citizen of _____
☐ Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture      ☐ Map                ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph         ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design     ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2003
Year In all cases
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month March 18 – Nov. 4    Day    Year 2003
Nation Singapore

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S:
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 11 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☒ Yes *(Tu Sie be / Sm 1-54209.5055)*

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

See instructions
before completing
this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

Jennison & Shultz, P.C.                       080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number  (703 ) 415-1640          Fax number  ( 703 )415-0788

Email  John@JennisonLaw.com

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of...  **WAVE-S**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGI    VA 1-432-328

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12          29          2010
(Month)     (Day)       (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  17  pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    WAVE-S

Name of Copyright Claimant    WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat030 | | | |
| | Date of First Publication | 18 March 2003 | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat031 | | | |
| | Date of First Publication | 18 March 2003 | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat032 | | | |
| | Date of First Publication | 18 March 2003 | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat033 | | | |
| | Date of First Publication | 18 March 2003 | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat034 | | | |
| | Date of First Publication | 18 March 2003 | | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

**B**

Title of Photograph — muscat035
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat036
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat037
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat038
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat039
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat040
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat041
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat042
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat043
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — muscat044
Date of First Publication — 18 — March — 2003 — Nation of First Publication — Singapore
Description of Photograph —

**C**

Jacobson & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat045 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat046 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat047 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat048 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat049 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat050 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat051 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat052 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat053 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | muscat054 | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | muscat055 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat056 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat057 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat058 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat059 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat060 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat061 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat062 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat063 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat064 |
| Date of First Publication | 18  March  2003  Nation of First Publication  Singapore |
| | (Month)  (Day)  (Year) |
| Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Application for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat065 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat066 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat067 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat068 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat069 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat070 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat071 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat072 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat073 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat074 |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000