# EXHIBIT 1-D

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | |
|---|---|
| Title of Photograph | muscat075 |
| Date of First Publication | 18 (Month) March (Day) 2003 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | muscat076 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat077 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat078 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat079 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat080 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat081 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat082 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat083 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat084 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat085 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat086 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat087 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat088 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat089 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat090 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat091 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat092 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat093 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

| Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Title of Photograph | muscat094 | | | | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore | | |
| | Description of Photograph (Optional) | | | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jenison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph — muscat095
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat096
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat097
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat098
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat099
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat100
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat101
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat102
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat103
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — muscat104
Date of First Publication — 18 (Month) March (Day) 2003 (Year) — Nation of First Publication — Singapore
Description of Photograph — (Optional)

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat105 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat106 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat107 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat108 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat109 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat110 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat111 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat112 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat113 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat114 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication Singapore |
| | Description of Photograph *(Optional)* | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Related
Photographs
(continued)

Number

Title of Photograph    muscat115

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat116

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat117

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat118

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat119

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat120

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat121

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat122

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat123

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

Number

Title of Photograph    muscat124

Date of First Publication    18    March    2003    Nation of First Publication    Singapore
                          (Month)  (Day)   (Year)

Description of Photograph    (Optional)

---

**C**

Certificate
will be mailed
to window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat125 | | | | **B** |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat126 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat127 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat128 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat129 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat130 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat131 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat132 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat133 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat134 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat135 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat136 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat137 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat138 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat139 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat140 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat141 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat142 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat143 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat144 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat145 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat146 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat147 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat148 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu159 | | | |
| | Date of First Publication | 30 (Month) | October (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian007 | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian008 | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian009 | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian010 | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | legian011 | | | |
| | Date of First Publication | 4 (Month) | November (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |
| Title of Photograph | legian012 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian013 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian014 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian015 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian016 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian017 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian018 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian019 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian020 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | legian021 |
| Date of First Publication | 4 November 2003 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: legian022

Date of First Publication: 4 November 2003    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: legian023

Date of First Publication: 4 November 2003    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: legian024

Date of First Publication: 4 November 2003    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph: legian025

Date of First Publication: 4 November 2003    Nation of First Publication: Singapore

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

Title of Photograph:

Date of First Publication:    Nation of First Publication:

Description of Photograph:

**C**

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 329

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Wave-s Photographs 2004

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 462 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
Wave-s

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
March 12 – Oct, 20  2004
Month    Day    Year    Singapore    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-24 2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another application being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**a** Name ▼ Jennison & Shultz, P.C.      Account Number ▼ 080519

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   (703 ) 415-1640      Fax number   ( 703 ) 415-0788

Email   John@JennisonLaw.com

**8** **CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

WAVE-S
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kin Yin      Date 28 December 2010

Handwritten signature (X) ▼

**9** Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–329

EFFECTIVE DATE OF REGISTRATION

12          29          2010
(Month)     (Day)      (Year)

CONTINUATION SHEET RECEIVED

Page _3_ of _79_ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S ___

Name of Copyright Claimant ___ WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679 ___

## B

**Registration for Group of Individual Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | leela001 | | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | leela002 | | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | leela003 | | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | leela004 | | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | leela005 | | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

**B**

Title of Photograph _____ leela006
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela007
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela008
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela009
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela010
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela011
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela012
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela013
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela014
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

Title of Photograph _____ leela015
Date of First Publication __ 12 _____ March _____ 2004 _____ Nation of First Publication _____ Singapore
Description of Photograph

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  leela016
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela017
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela018
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela019
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela020
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela021
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela022
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela023
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela024
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela025
Date of First Publication  12 March 2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Name
Jamison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph    leela026
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela027
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela028
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela029
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela030
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela031
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela032
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela033
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela034
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela035
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela036 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela037 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela038 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela039 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela040 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela041 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela042 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela043 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela044 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela045 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jacobson & Shuts, PC

2021 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India046 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India047 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India048 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India049 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India050 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India051 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India052 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India053 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India054 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | India055 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

**C**

Name ▼
Mitchell & Stotts, PC

Street/Street Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela056 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela057 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela058 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela059 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela060 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela061 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela062 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela063 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela064 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela065 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jacobson & Holtz, PC

3201 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3624

**B**

Title of Photograph _____ leela066
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela067
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela068
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela069
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela070
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela071
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela072
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela073
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela074
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ leela075
Date of First Publication _____ 12 March 2004   Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato76 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato77 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato78 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato79 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato80 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato81 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato82 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato83 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato84 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | Icelato85 | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication ___ Singapore |
| | Day | Month | Year | |
| Description of Photograph | ___ | | | |

**C**

Name ▼
Jacobson & Shults, PC

Number / Street / Unit ▼
2061 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ leela086
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela087
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela088
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela089
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela090
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela091
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela092
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela093
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela094
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

Title of Photograph ___ leela095
Date of First Publication ___ 12 ___ March ___ 2004 ___ Place of First Publication ___ Singapore ___
Description of Photograph ___ none

**C**

Name ▼
Jonathan A. Noble, PC

Number/Street/Apt ▼
2661 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: leela096
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela097
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela098
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela099
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela100
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela101
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela102
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela103
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela104
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela105
Date of First Publication: 12   March   2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Jenkins & Butz, PC

9881 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela106 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela107 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela108 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela109 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela110 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela111 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela112 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela113 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela114 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela115 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**C**

Name of

Baldwin & Baldwin, PC

Number / Street / Apt #

4001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #

Arlington, VA 22202-1608

**B**

| | |
|---|---|
| Title of Photograph | lccla116 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla117 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla118 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla119 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla120 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla121 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla122 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla123 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla124 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

| | |
|---|---|
| Title of Photograph | lccla125 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph: | nature |

**C**

Name #
Bradford & Staite, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph _leela126_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela127_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela128_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela129_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela130_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela131_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela132_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela133_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela134_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

Title of Photograph _leela135_
Date of First Publication _12_ _March_ _2004_ Nation of First Publication _Singapore_
Description of Photograph _Jeevan_

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | leela136 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela137 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela138 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela139 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela140 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela141 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela142 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela143 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela144 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela145 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Fennison & Shults, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela146 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela147 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela148 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela149 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela150 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela151 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela152 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela153 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela154 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela155 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Dempsey & Kohn, PC

Number / Street / Apt #
3601 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22302-3604

**B**

| | |
|---|---|
| Title of Photograph | leela156 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela157 |
| Date of First Publication | 12 March 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela158 |
| Date of First Publication | 12 April 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela159 |
| Date of First Publication | 12 April 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela160 |
| Date of First Publication | 11 June 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setal001 |
| Date of First Publication | 30 May 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setal002 |
| Date of First Publication | 30 May 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setal003 |
| Date of First Publication | 30 May 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setal004 |
| Date of First Publication | 30 May 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setal005 |
| Date of First Publication | 30 May 2004 |
| | Nation of First Publication: Singapore |
| Description of Photograph | |

**C**

Jamison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph  setai006
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai007
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai008
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai009
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai010
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai011
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai012
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai013
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai014
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

Title of Photograph  setai015
Date of First Publication  30 May 2004  Nation of First Publication  Singapore
Description of Photograph  none

**C**

Name ▼
2001 Jefferson Davis Hwy, Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai016 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai017 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai018 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai019 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai020 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai021 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai022 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai023 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai024 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | setai025 |
| Date of First Publication | 30 (Month) May (Day) 2004 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000