# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | setai026 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai027 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai028 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai029 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai030 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai031 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai032 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai033 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai034 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai035 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    retail036
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    retail037
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    retail038
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    retail039
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    retail040
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    retail041
Date of First Publication    30    May    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub001
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub002
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub003
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub004
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Jameson & Shults, PC

2001 Jefferson Davis Hwy : Suite 1102

Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chediclub005
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub006
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub007
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub008
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub009
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub010
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub011
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub012
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub013
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub014
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs

| | |
|---|---|
| Title of Photograph | chediclub015 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub016 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub017 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub018 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub019 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub020 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub021 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub022 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub023 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | chediclub024 |
| Date of First Publication | 12 August 2004 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

| Name ▼ | Jemison & Shultz, PC |
|---|---|
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | chefichub025 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub026 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub027 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub028 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub029 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub030 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub031 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub032 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub033 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chefichub034 | |
| Date of First Publication | 12  August  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Smith &
Isaacson & Banks, PC

Number/Street/Apt ▸
2055 Jefferson Davis Hwy., Suite 1102

City/Town/State ▸
Arlington, VA 22202-3804

**B**

Title of Photograph _____ chediclub035
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub036
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub037
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub038
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub039
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub040
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub041
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub042
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub043
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

Title of Photograph _____ chediclub044
Date of First Publication ___ 12 _____ August _____ 2004 ___ Nation of First Publication _____ Singapore
Description of Photograph ___ none

**C**

Name ▼
Epstein & Stable, PC

Number / Street / Apt ▼
2300 Jefferson Davis Hwy, Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3804

**B**

| | |
|---|---|
| Title of Photograph | chediclub045 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub046 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub047 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub048 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub049 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub050 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub051 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub052 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub053 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub054 |
| Date of First Publication | 12  August  2004 |
| | Day  Month  Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jenkins & Hunt, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chediclub055 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub056 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub057 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub058 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub059 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub060 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub061 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub062 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub063 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | chediclub064 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenkins & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  chediclub065
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub066
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub067
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub068
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub069
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub070
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub071
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub072
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub073
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub074
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chedichub075
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub076
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub077
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub078
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub079
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub080
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub081
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub082
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub083
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chedichub084
Date of First Publication    12 August 2004    Nation of First Publication    Singapore
Description of Photograph

**C**

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub085 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub086 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub087 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub088 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub089 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub090 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub091 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub092 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub093 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chediclub094 | | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chodiclub095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub100 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub101 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub102 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub103 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chodiclub104 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jenkins & Stein, PC

Number/Street/Apt ▼
2301 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington VA 22202-3604

**B**
Registration
for a
Group of
Published
Photographs
(continued)

Title of Photograph     chediclub105
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub106
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub107
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub108
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub109
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub110
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub111
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub112
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub113
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

Title of Photograph     chediclub114
Date of First Publication     12     August     2004     Nation of First Publication     Singapore
                                    (Month)     (Day)     (Year)
Description of Photograph     (Optional)

**C**

Certificate
will be mailed
in window
envelope
to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chediclub115 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub116 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub117 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub118 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub119 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub120 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub121 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub122 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub123 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chediclub124 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
 References & Shields, PC

Number / Street, Apt ▼
3811 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22305-3604

**B**

| Title of Photograph | chediclub125 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub126 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub127 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub128 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub129 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub130 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub131 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub132 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub133 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub134 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Jacobson & Shahn, PC

2101 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub135 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | chediclub136 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | chediclub137 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | chediclub138 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | chediclub139 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | legianclub17 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | legianclub018 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | legianclub019 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | legianclub020 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

| Title of Photograph | legianclub021 | | | | | |
| Date of First Publication | 12 Month | August Day | 2004 Year | Nation of First Publication | Singapore | |
| Description of Photograph | Above | | | | | |

**C**

Name ▼
Kenyon & Kenyon, PC

Number/Street/Apt ▼
1500 Jefferson Davis Hwy., Suite 1100

City/State/Zip ▼
Arlington, VA 22202-3064

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legionclub022 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion025 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion027 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion028 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion029 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion030 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion031 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion032 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion033 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legion034 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | | | | | |

**C**

Name ▼
Josephson & Kindle, PC

Number / Street / Apt ▼
2101 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian035 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian036 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian037 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian038 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian039 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian040 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian041 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian042 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian043 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | legian044 | | | | |
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | legian045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian046 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian047 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian048 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian049 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian050 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian051 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian052 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian053 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

| | Title of Photograph | legian054 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | | |
| | Description of Photograph | (Optional) | | | | |

**C**

| | Name ▼ |
|---|---|
| Certificate will be mailed in window envelope to this address | Jenkins & Stultz, PC |
| | Number / Street / Apt ▼ |
| | 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ |
| | Arlington, VA 22202-3604 |

**B**

| | Title of Photograph | legian055 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian056 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian057 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian058 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian059 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian060 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian061 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian062 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian063 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

| | Title of Photograph | legian064 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Day | Year | | |
| Description of Photograph | none | | | | |

**C**

Name ▼
Simon & Reda PC

Number/Street/Apt ▼
2461 Jefferson Davis Hwy, Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3804

**B**

| Title of Photograph | legian065 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub140 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai001 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai002 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai003 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai004 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai005 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai006 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai007 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chiangmai008 |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai009 | **B** |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai010 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai011 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai002 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai013 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai014 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai015 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai016 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai017 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai018 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | |

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Number | Title of Photograph: chiangmai019
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai020
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai021
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai022
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai023
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai024
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai025
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai026
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai027
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Number | Title of Photograph: chiangmai028
Date of First Publication: 20 (Month) October (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Extent)

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS TO THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

**B**

Title of Photograph _____ chiangmai029 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai030 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai031 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai032 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai033 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai034 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai035 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai036 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai037 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph _____ chiangmai038 _____
Date of First Publication ___ 20 ___ October ___ 2004 ___ Nation of First Publication ___ Singapore ___
Description of Photograph _____

**C**

Name ▼
Jonathan R. Stuble, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | Title of Photograph | chiangmai039 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore | **B** |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai040 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai041 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai046 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai047 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai048 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Ivanhoe & Banks, PC

Waple Street, Part V
2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3804

**C**

**B**

| | |
|---|---|
| Title of Photograph | chiangmai049 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | street |

| | |
|---|---|
| Title of Photograph | chiangmai050 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai051 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai052 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai053 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai054 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai055 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai056 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai057 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai058 |
| Date of First Publication | 20 October 2004 |
| | Day Month Year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Stolarski & Modin, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | chiangmai059 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai060 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai061 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai062 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai063 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai064 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai065 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai066 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai067 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai068 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication   Singapore |
| Description of Photograph | None | |

Name ▼
Fenwick & West, PC

Number / Street / Apt ▼
3801 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chiangmai069
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai070
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai071
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai072
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai073
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai074
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai075
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:    Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:    Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:    Nation of First Publication:
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1–432–330

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a** The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☒ No

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No    If the answer to either of these questions is "Yes," see detailed instructions.
Pseudonymous?    ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed    2006    Year    This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work    Month 8/23    Day 12/12/2006    Year 2006    Complete this information ONLY if this work has been published.    Nation SIngapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 30

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Jennison & Shultz, P.C.                    080519

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703) 415-1640          Fax number  (703) 415-0788
Email  John@JennisonLaw.com

**8** CERTIFICATION*  I, the undersigned, hereby certify that I am the
check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  THE WAVE DESIGN PTE LTD
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

*12* *29* *2010*
(Month) (Day) (Year)

**CONTINUATION SHEET RECEIVED**

Page *3* of *39* pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ___ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan001 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan002 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan003 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan004 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | milan005 | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |