# EXHIBIT 1-F

THE WAVE STUDIO, LLC
COMPLAINT

**B**

| | |
|---|---|
| Title of Photograph | milan006 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan007 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan008 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan009 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan010 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan011 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan012 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan013 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan014 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | milan015 |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Bainton & Shahs, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Title of Photograph ___ milan016
Date of First Publication __ 23 ___ August ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

**B**

Title of Photograph ___ milan017
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan018
Date of First Publication __ 23 ___ August ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan019
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan020
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan021
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan022
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan023
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan024
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Title of Photograph ___ milan025
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ Author

Name ▼
Stolzar & Blatis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.: Suite 1102

City / State / Zip ▼
Arlington VA 22202-3604

**C**

| | | |
|---|---|---|
| Number | Title of Photograph | milan026 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | milan027 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan028 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan029 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan030 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan031 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan032 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan033 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan034 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | milan035 |
| | Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

Title of Photograph __milan036__
Date of First Publication __23__ __August__ __2005__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan037__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan038__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan039__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan040__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan041__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan042__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan043__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan044__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan045__
Date of First Publication __23__ __August__ __2006__    Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Gordon A. Shultz, PC

2011 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___milan046___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan047___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan048___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan049___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan050___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan051___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan052___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan053___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan054___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___milan055___
Date of First Publication ___23___ ___August___ ___2006___ Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan056
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan057
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan058
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan059
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan060
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan061
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan062
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan063
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan064
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan065
Date of First Publication __23__ __August__ __2006__    Nation of First Publication ___ Singapore
Description of Photograph ___

Name ▼
Sandesn & Sheltz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration for Group of Published Photographs (continued)

| | | | |
|---|---|---|---|
| Title of Photograph | milan066 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan067 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan068 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan069 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan070 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan071 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan072 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | milan073 | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | seraiclub001 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | seraiclub002 | | |
| Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub003 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub004 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub005 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub006 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub007 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub008 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub009 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub010 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub011 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub012 | |
| Date of First Publication | 4    September    2006 | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

**C**

Name▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.: Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph    seraiclub013
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub014
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub015
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub016
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub017
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub018
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub019
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub020
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub021
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    seraiclub022
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __seraiclub023__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub024__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub025__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub026__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub027__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub028__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub029__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub030__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub031__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __seraiclub032__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph

---

**C**

Name ▼
__Davison & Sachs, PC__

Number/Street/Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City/State/Zip ▼
__Arlington, VA 22202-3604__

**B**

Number | Title of Photograph __ seraiclub033
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub034
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub035
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub036
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub037
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub038
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub039
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub040
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub041
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Number | Title of Photograph __ seraiclub042
Date of First Publication __ 4 __ September __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ seraiclub043

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub044

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub045

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub046

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub047

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub048

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub049

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub050

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub051

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ seraiclub052

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jindims & Shah, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | legian066 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian067 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian068 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian069 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian070 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian071 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian072 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian073 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian074 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | legian075 | |
| Date of First Publication | 4    October    2006 | Nation of First Publication    Singapore |
| Description of Photograph | | |

Name ▼
Jacobson & Holtz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ legian076

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian077

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian078

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian079

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian080

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian081

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian082

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian083

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian084

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ legian085

Date of First Publication __4__ __October__ __2006__    Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jacobson & Sheila, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    legian086
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian087
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian088
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian089
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian090
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian091
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian092
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian093
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian094
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    legian095
Date of First Publication    4    October    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Janrinen & Skells, PC
Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph ..... legian096
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian097
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian098
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian099
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian100
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian101
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian102
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian103
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian104
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian105
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

**C**

Name ▼
Roslinna & Shoda, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (Continued)

Title of Photograph legian106
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian107
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian108
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian109
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian110
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian111
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian112
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian113
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian114
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph legian115
Date of First Publication 4 October 2006
(Month) (Day) (Year)
Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave, S.E.
Washington, DC 20559-6000

**B**

Title of Photograph ___ legian116
Date of First Publication ___ 4 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian117
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian118
Date of First Publication ___ 4 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian119
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian120
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai393
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai394
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai395
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai396
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai397
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Name ▼
Jacobson & Stahn, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph _____ setai398 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai399 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai400 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai401 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai402 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai403 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai404 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai405 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai406 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ setai407 _____
Date of First Publication __12__ __December__ __2006__   Nation of First Publication _____ Singapore _____
Description of Photograph _____

Name ▼
Gibson & Dernier, PC

Number/Street/Apt ▼
2801 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai408 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai409 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai410 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai411 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai412 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai413 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai414 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai415 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai416 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai417 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication    Singapore |
| | (Month) | (Day) | (Year) | |
| Description of Photograph | (Optional) | | | |

**C**

| | |
|---|---|
| Certificate will be mailed to whatever envelope to this address: | Name ▼    Jenison & Smitz, PC |
| | Number / Street / Apt ▼    2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼    Arlington, VA 22202-3604 |

**B**

Title of Photograph ___ setai418
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai419
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai420
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai421
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai422
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai423
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai424
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai425
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai426
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai427
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jackson & Shain, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Title of Photograph ___ sotai428 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

**B**

Title of Photograph ___ mendocino001 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino002 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino003 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino004 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino005 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino006 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino007 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino008 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino009 ___

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore ___
month            day            year

Description of Photograph ___ layout ___

Name ▼
Steinberg & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    mendocino010

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino011

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino012

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino013

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino014

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino015

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino016

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino017

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino018

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

Title of Photograph    mendocino019

Date of First Publication    12    December    2006    Nation of First Publication    Singapore

Description of Photograph

**C**

Name ▼
Leason & Ellis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino020

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino021

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino022

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino023

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino024

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino025

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino026

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino027

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino028

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ mendocino029

Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Name ▼
Jenkins & Shain, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ mendocino030 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino031 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino032 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino033 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino034 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino035 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino036 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino037 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino038 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

Title of Photograph _____ mendocino039 _____

Date of First Publication __12_____December____2006___  Nation of First Publication _____Singapore____

Description of Photograph _____

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ mendocino040

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino041

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino042

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino043

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino044

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino045

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino046

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino047

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino048

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

Title of Photograph _____ mendocino049

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore

Description of Photograph _____

**C**

Name ▼
Kaufman & Kahn, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino050
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino051
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino052
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino053
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino054
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino055
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino056
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino057
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino058
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino059
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph _____

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ mendocino060 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino061 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino062 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino063 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino064 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino065 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino066 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino067 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino068 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

Title of Photograph _____ mendocino069 _____
Date of First Publication __12__ __December__ __2006__  Nation of First Publication _____ Singapore _____
Description of Photograph _____

**C**

Name ▼
Kaufman & Shalla, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino070___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino071___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino072___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino073___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino074___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino075___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino076___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino077___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino078___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___mendocino079___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Saunders & Shultz, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

Registration for a Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | mendocino080 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino081 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino082 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino083 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino084 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino085 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino086 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino087 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino088 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino089 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | mendocino090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jonathan & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino100__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino101__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino102__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino103__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino104__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino105__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino106__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino107__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino108__

Date of First Publication __12__ __December__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

Title of Photograph __mendocino109__

Date of First Publication __12__ __December__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(none)__

---

**C**

Name ▼
Jimenez & Bode, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino110
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino111
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino112
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino113
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino114
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino115
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino116
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino117
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino118
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino119
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jameson & Shula, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino120__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino121__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino122__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino123__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino124__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino125__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino126__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino127__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino128__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __mendocino129__

Date of First Publication __12__  __December__  __2006__   Nation of First Publication __Singapore__

Description of Photograph _____

**C**

Name ▼
__Jennison E. Shultz, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy - Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

Title of Photograph ___mendocino130___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino131___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino132___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino133___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino134___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino135___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino136___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino137___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino138___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

Title of Photograph ___mendocino139___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph _____

**C**

Name ▼
Jameson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: mendocino140
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino141
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino142
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino143
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino144
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino145
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph: mendocino146
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph: None

Title of Photograph:
Date of First Publication:  Nation of First Publication:
Description of Photograph: None

Title of Photograph:
Date of First Publication:  Nation of First Publication:
Description of Photograph: None

Title of Photograph:
Date of First Publication:  Nation of First Publication:
Description of Photograph: None

**C**

Name: Jacobson & Shultz, PC

Number / Street / Apt: 2051 Jefferson Davis Hwy ; Suite 1102

City / State / Zip: Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1–432–331

4AV0001432331 #

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Pte. Ltd.  Photographs 2005 (A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map                   ☐ Technical drawing
☐ 2-Dimensional artwork          ☑ Photograph            ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design        ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture        ☐ Map                   ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph            ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design        ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**    2005
This information must be given in all cases.

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  Jan. 18 – June 15    Day    Year  2005
Nation  Singapore

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12 30 2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
3/6