# EXHIBIT 1-H

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat234 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat235 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat236 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat237 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat238 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat239 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat240 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat241 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat242 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | muscat243 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Option) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Smitz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ muscat244
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat245
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat246
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat247
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat248
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat249
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat250
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat251
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ muscat252
Date of First Publication __6__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

Title of Photograph ___ namhai001
Date of First Publication __14__  __July__  __2005__  Nation of First Publication  Singapore
Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | | | |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | namhai002 | | | | **B** |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | Registration for Group of Published Photographs (continued) |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai003 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai004 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai005 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai006 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai007 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai008 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai009 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai010 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai011 | | | |
| | Date of First Publication | 14 _(Month)_ | July _(Day)_ | 2005 _(Year)_ | Nation of First Publication  Singapore |
| | Description of Photograph _(Optional)_ | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai012 | | | **B** |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore | Registration of Group of Published Photographs (continued) |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Option) | | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai013 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai014 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai015 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai016 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai017 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai018 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai019 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai020 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai021 | | |
| | Date of First Publication | 14 July 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Option) | | | |

| | | |
|---|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼ Jennison & Shultz, PC | **C** |
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 | YOU MUST: • Complete all necessary spaces • Sign your application SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: |
| | City / State / Zip ▼ Arlington, VA 22202-3604 | MAIL TO: Library of Congress Copyright Office |

| | | | |
|---|---|---|---|
| Number | | | |

**Title of Photograph** namhai022

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai023

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai024

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai025

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai026

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai027

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai028

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai029

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai030

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** namhai031

**Date of First Publication** 14 (Month) July (Day) 2005 (Year)    **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

**B**

Registration for Group of Published Photographs (continued)

---

**Certificate will be mailed in window envelope to this address:**

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph __ namhai032
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai033
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __

Number

Title of Photograph __ namhai034
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai035
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai036
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai037
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai038
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai039
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai040
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

Number

Title of Photograph __ namhai041
Date of First Publication __ 14 __ July __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph __ (Option)

**C**

Certificate
will be mailed
in window
envelope
to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | namhai042 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | namhai043 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai044 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai045 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai046 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai047 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai048 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai049 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai050 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai051 | |
| Date of First Publication | 14 (Month)    July (Day)    2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | namhai052 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai053 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai054 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai055 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai056 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai057 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai058 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai059 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai060 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai061 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai062 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai063 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai064 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai065 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai066 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai067 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai068 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | namhai069 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | carcosa001 | | | | |
| | Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | carcosa002 | | | | |
| | Date of First Publication | 16 (Month) | September (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | carcosa003 | |
| Date of First Publication | 16 September 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai185 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai186 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai187 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai188 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai189 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai190 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai191 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai192 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai193 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication   Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

**C**

| Certificate will be mailed in window envelope to this address | Name ▼   Jeanison & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼   2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼   Arlington, VA 22202-3604 |

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai194 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

Title of Photograph setai195
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai196
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai197
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai198
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai199
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai200
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai201
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai202
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

Title of Photograph setai203
Date of First Publication 8 October 2005 Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Name Jennison & Shultz, PC
Number/Street/Apt 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | setai204 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai205 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai206 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai207 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai208 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai209 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai210 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai211 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai212 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai213 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jemison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| | | |
|---|---|---|
| Number | Title of Photograph | setai214 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | setai215 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai216 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai217 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai218 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai219 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai220 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai221 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai222 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | setai223 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai224 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai225 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai226 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai227 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai228 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai229 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai230 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai231 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai232 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai233 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address.

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph __setai234__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai235__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai236__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai237__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai238__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai239__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai240__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai241__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai242__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

Title of Photograph __setai243__

Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year)    Nation of First Publication    __Singapore__

Description of Photograph _____ (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | setai244 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai245 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai246 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai247 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai248 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai249 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai250 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai251 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai252 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai253 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**B**

Title of Photograph __ setai254

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai255

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai256

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai257

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai258

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai259

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai260

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai261

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai262

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

Title of Photograph __ setai263

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph __ (Optional)

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Registration
for Group of
Published
Photographs
(continued)

Number
Title of Photograph __ setai264
Date of First Publication __ 8 __ October __ 2005
Description of Photograph __

Number
Title of Photograph __ setai265
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai266
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai267
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai268
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai269
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai270
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai271
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai272
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Number
Title of Photograph __ setai273
Date of First Publication __ 8 __ October __ 2005
Nation of First Publication __ Singapore
Description of Photograph __

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | setai274 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai275 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai276 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai277 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai278 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai279 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai280 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai281 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai282 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

| Number | | |
|---|---|---|
| | Title of Photograph | setai283 |

Date of First Publication  8  October  2005  Nation of First Publication  Singapore

Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai284 | | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai285 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai286 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai287 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai288 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai289 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | setai290 | | | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | carcosa004 | | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | carcosa005 | | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | carcosa006 | | | | | |
| Date of First Publication | 16 | September | 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Certificate will be mailed in a window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph    carcosa007

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa008

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa009

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa010

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa011

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa012

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa013

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa014

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa015

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

Title of Photograph    carcosa016

Date of First Publication    16    September    2005    Nation of First Publication    Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
Number of
Published
Photographs
(continued)

| | |
|---|---|
| Number | Title of Photograph carcosa017 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa018 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa019 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa020 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa021 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa022 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph carcosa023 |
| | Date of First Publication 16 September 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai291 |
| | Date of First Publication 8 October 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai292 |
| | Date of First Publication 8 October 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai293 |
| | Date of First Publication 8 October 2005 (Month) (Day) (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

**C**

| | |
|---|---|
| Certificate will be mailed in window envelope to this address | Name ▼ Jennison & Shultz, PC |
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (Continued)

Title of Photograph ___ setai294
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai295
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai296
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai297
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai298
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai299
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai300
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai301
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai302
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph ___ setai303
Date of First Publication __8__ October 2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai304 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai305 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai306 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai307 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai308 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai309 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai310 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai311 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai312 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| **Number** | Title of Photograph | setai313 | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph    setai314
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai315
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai316
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai317
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai318
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai319
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai320
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai321
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai322
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    setai323
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jamison & Struhr, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai324 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai325 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai326 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai327 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai328 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai329 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai330 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai331 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai332 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai333 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number | Title of Photograph __ setai334

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Registration
for Group of
Published
Photographs
(continued)

Number | Title of Photograph __ setai335

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai336

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai337

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai338

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai339

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai340

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai341

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai342

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number | Title of Photograph __ setai343

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai344 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai345 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai346 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai347 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai348 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai349 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai350 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai351 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai352 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai353 | | |
| | Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | |
| | Description of Photograph (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai354
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai355
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai356
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai357
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai358
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai359
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai360
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai361
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai362
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Title of Photograph _____ setai363
Date of First Publication ___ 8 _____ October _____ 2005 ___ Nation of First Publication _____ Singapore
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __setai364__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai365__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai366__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai367__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai368__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai369__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai370__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai371__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai372__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __setai373__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph

---

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai374 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai375 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai376 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai377 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai378 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai379 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai380 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai381 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai382 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai383 | |
| Date of First Publication | 8 October 2005 | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph __ setai384

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai385

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai386

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai387

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai388

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai389

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai390

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai391

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph __ setai392

Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Number

Title of Photograph _____

Date of First Publication _____ Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkison & Smits, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-336**

**EFFECTIVE DATE OF REGISTRATION**

| 1 | 5 | 2011 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Wave-s Photographs 2002 (B)

**NATURE OF THIS WORK ▼** See Instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos 13 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR {
Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR {
Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2002
Year    This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July    Day 12    Year 2002
Nation Singapore

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
1-5-2011
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ✗                                              FORM VA

CHECKED BY

☐ CORRESPONDENCE
    Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Jennison & Shultz, P.C.                          080519

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, PC
2001 Jefferson Davis Highway, Suite 1102; Arlington, Virginia 22202-3604

**b**

Area code and daytime telephone number    ( 703 ) 415-1640        Fax number    ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {  ☐ author
                    ☐ other copyright claimant
                    ☐ owner of exclusive right(s)
                    ☑ authorized agent of  WAVE-S
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                           Date   January 5, 2011

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, P.C.
Number/Street/Apt ▼
2001 Jefferson Davis Highway, Suite 1102
City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.