# EXHIBIT 2-A

THE WAVE STUDIO, LLC
COMPLAINT







Carcosa Seri Negara Photos, Kuala Lumpur, Malaysia – AOL Travel















Carcosa Seri Negara Photos, Kuala Lumpur, Malaysia – AOL Travel







Carcosa Seri Negara Photos, Kuala Lumpur, Malaysia – AOL Travel

















The Chedi, Chiang Mai Photos, Thailand – AOL Travel



The Chedi, Chiang Mai Photos, Thailand – AOL Travel















AOL. | MAIL | You might also like Gadling, Mapquest and more ▾

# Aol Travel.

What can we help you find?    **SEARCH ›**

Main    Book Travel ▾    Deals ▾    Ideas & Interests ▾    Travel Guides ▾    Disney Travel ▾    Gadling    Send us feedback

Langkawi Snapshot    Hotels    Things To Do    Restaurants    Nightlife    Deals    Flights    Car Rentals    More ▾    FOLLOW US ▾    SHARE ▾

Travel Guides ▹ Asia ▹ Malaysia ▹ Langkawi ▹ Hotels ▹ The Datai Langkawi ▹ Photos

## The Datai Langkawi Photos

< Back to The Datai Langkawi

*AOL Traveler Rating*

**0**            **0**
POSITIVE      NEGATIVE
Vote »         Vote »

**PHOTOS**

| | | |
|---|---|---|
| Aerial View Photo | Datai Bay Photo | Exterior 01 Photo |
| Lobby Area Photo | Lobby Photo | Pool View Photo |
| Deluxe Room | Deluxe Wash | Villa Exterior 01 |

**DATAI BAY**

▽ Powered

THE ULTIMATE MEDIA PLAYER WINAMP® FOR ANDROID™

• Wireless Desktop Sync • Import iTunes Library
• SHOUTcast Radio • FREE MUSIC!

**LEARN MORE**

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| The Andaman Langkawi | 0.0 mi |
| Mutiara Burau Bay Beach Resort | 3.8 mi |
| Four Points by Sheraton Langkawi Resort | 4.4 mi |
| Four Seasons Langkawi | 7.1 mi |
| Casa Del Mar Langkawi | 7.5 mi |

See All Langkawi Hotels »





The Leela Kempinski Goa Photos, India – AOL Travel



The Club at The Leela Photos, Goa, India – AOL Travel

The Club at The Leela Photos, G...

travel.aol.com/travel-guide/asia/india/goa/the-club-at-the-leela-hotel-photos-t39753/

AOL. | MAIL | You might also like Gadling, Mapquest and more ▼

## AOL Travel.

What can we help you find?    **SEARCH ›**

Main    Book Travel ▾    Deals ▾    Ideas & Interests ▾    Travel Guides ▾    Disney Travel ▾    Gadling          Send us feedback

Goa Snapshot    Hotels    Deals    Flights    Car Rentals    More ▾          FOLLOW US ›    SHARE ▾

Travel Guides → Asia → India → Goa → Hotels → The Club at The Leela → Photos

# The Club at The Leela Photos, Goa

< Back to The Club at The Leela



### AOL Traveler Rating

**0**          **0**
POSITIVE      NEGATIVE
Vote »        Vote »

| HOTEL | ROOMS | DINING | **MAPS** |

| Entrance Photo | Pool Photo | Beach Massage Photo |
| Riverside Photo | The Club Pool Photo | Spa Photo |
| Lagoon | | |

**ENTRANCE**

◥ Powered

**autoblog** ⟋
ADVERTISEMENT

**NEARBY HOTELS**

| Bogmallo Beach Resort | 0.0 mi |
| La Calypso, Goa | 0.0 mi |
| Casa Colvale | 0.0 mi |
| Renzo's Inn | 0.0 mi |
| The O Hotel, Goa | 0.0 mi |

See All Goa Hotels »



The Club at The Leela Photos, Goa, India – AOL Travel





The Leela Kempinski Goa Photos, India – AOL Travel







The Leela Kempinski Goa Photos, India – AOL Travel



