# EXHIBIT 2-B

THE WAVE STUDIO, LLC
COMPLAINT







The Legian Bali Photos, Seminyak, Indonesia - AOL Travel







The Legian Bali Photos, Seminyak, Indonesia – AOL Travel

The Legian Bali Photos, Seminyak, Indonesia - AOL Travel



http://www.techcrunch.com/

The Legian Bali Photos, Seminyak, Indonesia – AOL Travel





http://www.techcrunch.com/

ADVERTISEMENT

Muscat Snapshot | **Hotels** | Deals | Flights | Car Rentals | More ▾

FOLLOW US ▸    SHARE ▸

Travel Guides > Middle East > Oman > Muscat > Hotels

🖶 Print

# Muscat Hotels

**Filter Hotels (38):**
**Reset All**

**PRICE**
$0 ———————— $500+

**HOTEL CLASS**
☑ All
☐ 5 Star (1)
☐ 4 Star (0)
☐ 3 Star (0)

**AMENITIES**
☑ All
☐ Airport Shuttle (0)
☐ Fitness Center (1)
☐ Internet (0)
☐ Jacuzzi (0)
☐ Kitchen (0)
☐ Pets Allowed (1)
☐ Pool (1)
☐ Restaurant (1)
☐ Spa/Massage (1)

**HOTEL BRAND**
☑ All
Major Groups:
See More

**HOTEL NAME**
[ chedi ]  [Find]
Reset

**HOTEL TYPE**
☑ All
☐ Airport (0)
☐ Apt/condo (0)
☐ Business (1)
☐ Hotel (0)
☐ Resort (0)

Sort By:    Traveler Rating | Lowest Price | Highest Price | Most Viewed

📍 SEE MAP

Results 1 - 1 out of 1 Matching Hotels

## The Chedi Muscat
1 of 1 Muscat Hotels



**Be the first to vote** on this Muscat Hotel

HOTEL CLASS ★★★★★

**Overview:**
Traditional Omani architecture; located at the heart of Oman & flanked by azure ocean waters; panoramic views of the...

Results 1 - 1 out of 1 Matching Hotels

↑ Back To The Top

Sponsored Links

**Auto Insurance Quote**
Cheapest Auto Insurance Quote. Compare Insurance Companies Online.
AutomotiveBliss.com

**Official Lincoln® Site**
Learn About the Lincoln® Vehicle Lineup Now.
Lincoln.com

**Acura iLX - Official Site**
See official pictures and info. Sign up for exclusive updates.
www.Acura.com

**Traveller accommodation**
providers in 300+ locations in NZ. Great deals for club card holders!
www.bbh.co.nz

## Travel Guide

🏨 Muscat Hotels            ✈ Muscat Flights

💲 Muscat Deals             🚗 Muscat Car Rentals

                           🏖 Muscat Vacations

                           ⭐ Muscat Vacation Rentals



ADVERTISEMENT

The Chedi Muscat Photos, Oman – AOL Travel



The Chedi Muscat Photos, Oman – AOL Travel



AOL. | MAIL | You might also like Gadling, Mapquest and more ▾

# Aol Travel.

What can we help you find?   **SEARCH ›**

Main    Book Travel ▾    Deals ▾    Ideas & Interests ▾    Travel Guides ▾    Disney Travel ▾    Gadling          Send us feedback

Muscat Snapshot    Hotels    Deals    Flights    Car Rentals    More ▾                    FOLLOW US ›   SHARE ›

Travel Guides › Middle East › Oman › Muscat › Hotels › The Chedi Muscat › Photos

## The Chedi Muscat Photos

< Back to The Chedi Muscat

**PHOTOS**

| Lobby lounge courtyard Photo | Suite Balcony Photo | The Chedi Pool Photo |
| Private Beach Photo | Serai Pool Cabana Photo | Chedi Pool Cabana Photo |
| Sunken Bathtub | The Chedi Club | Chedi Deluxe |

LOBBY LOUNGE COURTYARD

▼ Powered

### AOL Traveler Rating

**0**                          **0**
POSITIVE                    NEGATIVE
Vote »                        Vote »

TC
http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

Hotel Muscat Holiday                     0.0 mi

Al Bustan Palace, A Ritz-Carlton Hotel   0.0 mi

Rotana Hotel                             0.0 mi

Al Bhajah - Oman                         0.0 mi

Majan Continental Hotel                  0.0 mi

See All Muscat Hotels »













The Chedi Muscat Photos, Oman – AOL Travel



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links

The Chedi Muscat Photos, Oma...

travel.aol.com/travel-guide/middle-east/oman/muscat/the-chedi-muscat-hotel-photos-t10579/

**AOL.** Travel**.**

What can we help you find?     **SEARCH ❯**

Main    Book Travel ⌄    Deals ⌄    Ideas & Interests ⌄    Travel Guides ⌄    Disney Travel ⌄    Gadling          Send us feedback

Muscat Snapshot    Hotels    Deals    Flights    Car Rentals    More ⌄          FOLLOW US ▸   SHARE +

Travel Guides  ›  Middle East  ›  Oman  ›  Muscat  ›  Hotels  ›  The Chedi Muscat  ›  Photos

## The Chedi Muscat Photos

< Back to The Chedi Muscat

*AOL Traveler Rating*

**0**              **0**
POSITIVE       NEGATIVE
Vote »          Vote »

**PHOTOS**

| | | |
|---|---|---|
| Sunken Bathtub *Photo* | The Chedi Club Suite *Photo* | Chedi Deluxe Room *Photo* |
| The Spa Suite *Photo* | Exterior View - Serai Wing *Photo* | Lobby Lounge *Photo* |
| Watergarden | The Serai Pool | The Beach |

THE CHEDI CLUB SUITE

**TC**
http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Hotel Muscat Holiday | 0.0 mi |
| Al Bustan Palace, A Ritz-Carlton Hotel | 0.0 mi |
| Rotana Hotel | 0.0 mi |
| Al Bhajah - Oman | 0.0 mi |
| Majan Continental Hotel | 0.0 mi |

See All Muscat Hotels »

◤ Powered

The Chedi Muscat, Oman: Hotel Rates & Reviews – AOL Travel



The Chedi Muscat Photos, Oman – AOL Travel



AOL. MAIL | You might also like Gadling, Mapquest and more ▾

# AOL Travel.

What can we help you find?    **SEARCH >**

Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling    Send us feedback

Muscat Snapshot   Hotels   Deals   Flights   Car Rentals   More ▾    FOLLOW US ▸   SHARE ▾

Travel Guides › Middle East › Oman › Muscat › Hotels › The Chedi Muscat › Photos

## The Chedi Muscat Photos

< Back to The Chedi Muscat

**PHOTOS**

| | | |
|---|---|---|
| Sunken Bathtub *Photo* | The Chedi Club Suite *Photo* | Chedi Deluxe Room *Photo* |
| The Spa Suite *Photo* | Exterior View - Serai Wing *Photo* | Lobby Lounge *Photo* |
| Watergarden | The Serai Pool | The Beach |

CHEDI DELUXE ROOM

▼ Powered

*AOL Traveler Rating*

**0**
POSITIVE
Vote »

**0**
NEGATIVE
Vote »

http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Hotel Muscat Holiday | 0.0 mi |
| Al Bustan Palace, A Ritz-Carlton Hotel | 0.0 mi |
| Rotana Hotel | 0.0 mi |
| Al Bhajah - Oman | 0.0 mi |
| Majan Continental Hotel | 0.0 mi |

See All Muscat Hotels »





The Chedi Muscat Photos, Oman – AOL Travel







http://www.techcrunch.com/



The Chedi Muscat, Oman: Hotel Rates & Reviews – AOL Travel



The Chedi Muscat, Oman: Hotel Rates & Reviews – AOL Travel

The Chedi Muscat, Oman: Hotel ...

travel.aol.com/travel-guide/middle-east/oman/muscat/the-chedi-muscat-hotel-detail-r10579/

Google

AOL. | MAIL | You might also like Gadling, Mapquest and more ▾

# AOL Travel.

What can we help you find?

**SEARCH ›**

| Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling | Send us feedback |

Muscat Snapshot    Hotels    Deals    Flights    Car Rentals    More ▾

FOLLOW US +    SHARE +

Travel Guides › Middle East › Oman › Muscat › Hotels › The Chedi Muscat

🖨 Print

## The Chedi Muscat



**HOTEL CLASS** ★★★★★
Al Khuwair, Muscat, Oman 133  Map

**HOTEL OVERVIEW**
Traditional Omani architecture; located at the heart of Oman & flanked by azure ocean waters; panoramic views of the Gulf of Oman.

*AOL Traveler Rating*

**0**                    **0**

POSITIVE              NEGATIVE

Vote »                Vote »

More The Chedi Muscat Photos

| User Reviews | General Info | **Hotel Amenities** | Room Amenities |

### General

Babysitting or Child Care
Car Rental
Coffee - Complimentary
Concierge Services
Currency Exchange
Gift Shop
Internet - Common Area (Free)
Laundry/ Dry Cleaning Service
Multi-lingual Staff
Pool (Outdoor)
Room Service
WheelChair Accessible

### Pet Services

Pets Allowed: Y
Pet Amenities: N
Pet Fee: Y
Pet Services: N

### Transportation

Parking on-site (free)
Valet Parking

THE ULTIMATE MEDIA PLAYER
WINAMP™ FOR ANDROID™

• Wireless Desktop Sync ■ Import iTunes Library
▲ SHOUTcast Radio ★ FREE MUSIC!

**LEARN MORE**

ADVERTISEMENT

**NEARBY HOTELS**

| Hotel Muscat Holiday | 0.0 mi |
| Al Bustan Palace, A Ritz-Carlton Hotel | 0.0 mi |
| Rotana Hotel | 0.0 mi |
| Al Bhajah - Oman | 0.0 mi |
| Majan Continental Hotel | 0.0 mi |

See All Muscat Hotels »

### Security

Electronic Key
Parking Area Well Lit
Smoke Alarm in Rooms
Sprinkler in Rooms
Survellance Cameras On Site
Uniformed Security on Site

### Hotel Recreation Amenities

Beach
Health Spa/Massage
Tennis (Outdoor)

### Hotel Business Amenities

A-V Equipment Rental
Administrative Services
Business Center
Computer Use Available
Fax (For Guests)
Meeting Facilities
Photocopy Service

## Travel Guide

🏨 Muscat Hotels          ✈ Muscat Flights

The Chedi Muscat, Oman: Hotel Rates & Reviews – AOL Travel









The Chedi Muscat Photos, Oman – AOL Travel



AOL. | MAIL | You might also like Gadling, Mapquest and more ▾

# AOL Travel.

What can we help you find?    **SEARCH ›**

**Main**   **Book Travel** ▾   **Deals** ▾   **Ideas & Interests** ▾   **Travel Guides** ▾   **Disney Travel** ▾   **Gadling**          **Send us feedback**

Quang Nam Snapshot    Hotels    Deals    Flights    Car Rentals    **More** —          **FOLLOW US ›**    **SHARE ›**

Travel Guides › Asia › Vietnam › Quang Nam › Hotels    The Nam Hai          🖨 **Print**

## The Nam Hai, Quang Nam



More The Nam Hai Photos

**HOTEL CLASS** ★ ★ ★ ★ ★
Hamlet 1, Dien Ban District, Quang Nam, Vietnam   Map

*AOL Traveler Rating*

**0**                    **0**
POSITIVE            NEGATIVE
Vote »                  Vote »

**User Reviews**    General Info    Hotel Amenities    Room Amenities

### Write a Review

Type your comment here

*How would you rate your overall experience with The Nam Hai?*

○ **POSITIVE**   ○ **NEGATIVE**

**SUBMIT**

### Travel Guide

🍴 Quang Nam Hotels          ✈ Quang Nam Flights
$ Quang Nam Deals            🚗 Quang Nam Car Rentals
                            🧳 Quang Nam Vacations
                            🏠 Quang Nam Vacation Rentals

ADVERTISEMENT

**autoblog**

**NEARBY HOTELS**

Saigon Quy Nhon Hotel          10.6 mi

Life Wellness Resort Quy Nhon  10.6 mi

Seagull Hotel                  10.6 mi

See All Quang Nam Hotels »







The Nam Hai Photos, Quang Nam, Vietnam – AOL Travel









