# EXHIBIT 2-C

THE WAVE STUDIO, LLC
COMPLAINT

The Nam Hai Photos, Quang Nam, Vietnam – AOL Travel





AOL. | MAIL | You might also like Gadling, Mapquest and more ▾

# AOL Travel.

What can we help you find? **SEARCH ›**

Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling | **Send us feedback**

Quang Nam Snapshot | Hotels | Deals | Flights | Car Rentals | More ▾

FOLLOW US + | SHARE +

Travel Guides | Asia | Vietnam | Quang Nam | Hotels | The Nam Hai

🖨 Print

## The Nam Hai, Quang Nam



More The Nam Hai Photos

**HOTEL CLASS** ★★★★★
Hamlet 1, Dien Ban District, Quang Nam, Vietnam  Map

*AOL Traveler Rating*

**0**
POSITIVE
Vote »

**0**
NEGATIVE
Vote »

User Reviews | **General Info** | Hotel Amenities | Room Amenities

| General Info | Airport Details |
|---|---|
| Total Rooms: 100 | Airport Name: Da Nang |
| Year Built: 2006 | Airport Distance: 25 km |
| Hotel Type: Cabin Rentals/Bungalow, Resort | Airport Shuttle: N |
| Location: Beach | |
| Number of Bars: 1 | |
| Number of Restaurants: 2 | |

### Travel Guide

- Quang Nam Hotels
- Quang Nam Deals
- Quang Nam Flights
- Quang Nam Car Rentals
- Quang Nam Vacations
- Quang Nam Vacation Rentals

**autoblog**

**NEARBY HOTELS**

| | |
|---|---|
| Saigon Quy Nhon Hotel | 10.6 mi |
| Life Wellness Resort Quy Nhon | 10.8 mi |
| Seagull Hotel | 10.6 mi |

See All Quang Nam Hotels »

**Sponsored Links**

Love is in the Air
Call us today to book flights for your next romantic getaway!
www.flightcenter.com

Holiday Home Exchange
11,500 listings is 80+ countries. Save 50% on your next holiday budget
www.HomeForExchange.com









The Nam Hai Photos, Quang Nam, Vietnam – AOL Travel







Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links

AOL.   MAIL   You might also like Gadling, Mapquest and more ▾

# AOL Travel.

What can we help you find?          **SEARCH ›**

Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling          Send us feedback

Quang Nam Snapshot | Hotels | Deals | Flights | Car Rentals | More ▾          FOLLOW US + | SHARE +

Travel Guides › Asia › Vietnam › Quang Nam › Hotels   The Nam Hai          🖨 Print

## The Nam Hai, Quang Nam

**HOTEL CLASS** ★★★★★
Hamlet 1, Dien Ban District, Quang Nam, Vietnam   Map

*AOL Traveler Rating*

**0**                    **0**
POSITIVE           NEGATIVE
Vote »              Vote »

More The Nam Hai Photos

| User Reviews | General Info | Hotel Amenities | Room Amenities |

### General

Concierge Services
Laundry/ Dry Cleaning Service
Multi-lingual Staff
Pool (Outdoor)
Room Service
WheelChair Accessible

### Pet Services

Pets Allowed: N
Pet Amenities: N
Pet Fee: N
Pet Services: N

### Hotel Recreation Amenities

Beach
Health Spa/Massage

**autoblog**

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Saigon Quy Nhon Hotel | 10.6 mi |
| Life Wellness Resort Quy Nhon | 10.8 mi |
| Seagull Hotel | 10.6 mi |

See All Quang Nam Hotels »

## Travel Guide

🏨 Quang Nam Hotels          🛫 Quang Nam Flights
$ Quang Nam Deals            🚗 Quang Nam Car Rentals
                            🚌 Quang Nam Vacations
                            🏠 Quang Nam Vacation Rentals

The Nam Hai, Quang Nam, Vietnam: Hotel Rates & Reviews – AOL Travel

AOL. | MAIL | You might also like Gadling, Mapquest and more ▼

# AOL Travel.

What can we help you find? | **SEARCH ❯**

Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling | Send us feedback

Quang Nam Snapshot | Hotels | Deals | Flights | Car Rentals | More ▾ | FOLLOW US + | SHARE +

Travel Guides ﹥ Asia ﹥ Vietnam ﹥ Quang Nam ﹥ Hotels ﹥ The Nam Hai | 🖨 Print

## The Nam Hai, Quang Nam



More The Nam Hai Photos

**HOTEL CLASS** ★★★★★
Hamlet 1, Dien Ban District, Quang Nam, Vietnam  Map

*AOL Traveler Rating*

**0**
POSITIVE
Vote »

**0**
NEGATIVE
Vote »

User Reviews | General Info | Hotel Amenities | **Room Amenities**

**Room Amenities**

Air Conditioning*
Coffee Maker
Daily Maid Service
Phone
Television
Television (Cable/Satellite)

*Note: Amenity only available in **some** rooms

## Travel Guide

🎵 Quang Nam Hotels
S Quang Nam Deals

✈ Quang Nam Flights
🚗 Quang Nam Car Rentals
🧳 Quang Nam Vacations
🏠 Quang Nam Vacation Rentals

ADVERTISEMENT

**autoblog**

**NEARBY HOTELS**

Saigon Quy Nhon Hotel — 10.6 mi
Life Wellness Resort Quy Nhon — 10.8 mi
Seagull Hotel — 10.6 mi

See All Quang Nam Hotels »

**Sponsored Links**

Love is in the Air
Call us today to book flights for your next romantic getaway!
www.flightcenter.com



















### Mandarin Oriental, Miami

Neighborhood: Downtown Miami/Brickell
Price Range: **Expensive**

The Mandarin Oriental is far enough removed from the hoopla of South Beach to be relaxing, but close enough to the action to be convenient, a distinction that makes it one of the best places to stay in Miami. If you wanted to stay here and never leave you could be perfectly content but, of course, we don't advise that given all that Miami has to offer. The property is infused with the chain's trademark Asian-inspired touches, such as bamboo floors, wooden screens and lanterns, combined with a color palette inspired by its subtropical location. The 15,000-square-foot three-level spa is elegant in an understated way, with views of the water that can't be beat (even if you can't afford to stay here, we recommend splurging on a spa treatment in a beachside cabana). For years, the two on-site restaurants, Azul and Café Sambal, have drawn a steady stream of rave reviews. There are 326 rooms that run $435-$900 double; $1,300-$6,500 per suite. For details, specials and package rates, visit the website.

More Details on Mandarin Oriental, Miami » [Check Rates]

### The Setai

Neighborhood: South Beach
Price Range: **Expensive**

If you can afford the steep price tag ($950 for a studio suite in the high season; $475 per night in the off season), the Setai is the place to be. Not only is it perfectly situated in the midst of South Beach, it's also the perfect reincarnation of international art deco style with its soothing, earthy color palette and Japanese-inspired forms. The best part is that each of the suites comes appointed with full kitchens (including Lavazza espresso makers), Aqua di Parma bathroom products and washer/dryers, so if you wanted to save money by eating in you certainly have the option. The elegant spa is a lesson in relaxation, as is the garden with its reflecting pools. Three bars, two pools, 24-hour room service and a fitness center round out the amenities.

More Details on The Setai » [Check Rates]

### Cardozo Hotel

Neighborhood: South Beach
Price Range: **Moderate**

Hometown girl Gloria Estefan and her husband Emilio own this art deco hotel, one of the first to be restored to its original 1939 glory during the South Beach renaissance of the 1990s. There are 43 rooms and deluxe suites directly on Ocean Drive, and with rates starting at $170 for a double, it's a deal that can't be beat. The indoor-outdoor Cardozo Grill is a perfect place to take in a casual dinner before venturing outside the door and taking a stroll down Ocean or over to a nightclub on Collins one block over.

More Details on Cardozo Hotel » [Check Rates]

Fairchild Tropical Botanic Garden

Vizcaya Museum & Gardens

Hollywood Beach Boardwalk

World Erotic Art Museum (WEAM)

Miami Science Museum

See All Miami Things To Do »

**POPULAR MIAMI RESTAURANTS**

Lila's Restaurant

Casa Panza Restaurant

Barton G

Delicias de Espana

Casa Juancho

See All Miami Restaurants »

**POPULAR MIAMI NIGHTLIFE**

Alligator Alley

Nikki Beach Club

Teatro 8

Karma Nightclub

New World School of the Arts Dance...

See All Miami Nightlife »

**HOTELS IN NEARBY CITIES**

Hotels in Fort Lauderdale

Hotels in Palm Beach

Hotels in Jupiter

Hotels in Marco Island

Hotels in Fort Myers

See All Miami Hotels »









The Setai, Miami Beach, FL: Hote...

travel.aol.com/travel-guide/united-states/florida/miami-beach/the-setai-hotel-detail-065021/

Google

Web Search    #53    Sheen apologizes to Kutcher    craigslist · Celebrity Apprentice    Add to Wish List

AOl. | MAIL | You might also like Gadling, Mapquest and more ▾

# AOl Travel.

What can we help you find?    **SEARCH ❯**

Main    Book Travel ▾    Deals ▾    Ideas & Interests ▾    Travel Guides ▾    Disney Travel ▾    Gadling    Send us feedback

Miami Beach Snapshot    Hotels    Things To Do    Restaurants    Nightlife    Deals    Flights    Car Rentals    More ▾    FOLLOW US +    SHARE +

Travel Guides › United States › Florida › Miami Beach › Hotels › The Setai    🖶 Print

## The Setai, Miami Beach

**HOTEL CLASS** ★★★★★
2001 Collins Avenue, Miami Beach, Florida 33139  Map

**HOTEL OVERVIEW**
Rich earth tones and natural finishes with contemporary and refined Asian accents.

**Check Rates**    Be The First To Review!

More The Setai Photos

*AOL Traveler Rating*

**0**    **0**
POSITIVE    NEGATIVE
Vote »    Vote »

| User Reviews | General Info | Hotel Amenities | Room Amenities |

## Write a Review

Type your comment here

*How would you rate your overall experience with The Setai?*

○ POSITIVE   ○ NEGATIVE

**SUBMIT**

## Travel Guide

🏨 Miami Beach Hotels            ✈ Miami Beach Flights
🏛 Miami Beach Things To Do       🚗 Miami Beach Car Rentals
🍴 Miami Beach Restaurants        ☀ Miami Beach Vacations
🍸 Miami Beach Nightlife          ⚓ Miami Beach Vacation Rentals
💲 Miami Beach Deals

http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Townhouse Hotel | 0.0 mi |
| Shore Club | 0.0 mi |
| Peter Miller Hotel | 0.0 mi |
| Riviera South Beach | 0.1 mi |
| The Collins Plaza Hotel | 0.1 mi |

See All Miami Beach Hotels »

**Firefox**   File   Edit   View   History   Bookmarks   Tools   Window   Help   **Related Links**

The Setai, Miami Beach, FL: Hote...   +

travel.aol.com/travel-guide/united-states/florida/miami-beach/the-setai-hotel-detail-065021/

Google

Web Search   #63   Sheen apologizes to Kutcher   craigslist   Celebrity Apprentice   Add to Wish List

Aol.   MAIL   You might also like Gadling, Mapquest and more ▾

# Aol Travel.

What can we help you find?   **SEARCH ›**

Main   Book Travel ▾   Deals ▾   Ideas & Interests ▾   Travel Guides ▾   Disney Travel ▾   Gadling   **Send us feedback**

Miami Beach Snapshot   Hotels   Things To Do   Restaurants   Nightlife   Deals   Flights   Car Rentals   More ▾   **FOLLOW US +**   **SHARE +**

Travel Guides › United States › Florida › Miami Beach › Hotels › The Setai   🖨 Print

# The Setai, Miami Beach

**HOTEL CLASS** ★★★★★
2001 Collins Avenue, Miami Beach, Florida 33139   Map

**HOTEL OVERVIEW**
Rich earth tones and natural finishes with
contemporary and refined Asian accents.

**Check Rates**   Be The First To Review!

More The Setai Photos

*AOL Traveler Rating*

**0**                    **0**
POSITIVE          NEGATIVE
Vote »              Vote »

User Reviews   **General Info**   Hotel Amenities   Room Amenities

**General Info**                     **Airport Details**

Total Rooms: 130                    Airport Name: Miami Intl
Year Built: 1938                    Airport Distance: 5 miles
Year Renovated: 2005                Airport Drive Time: 10 min
Check-In Time: 3 PM                 Airport Shuttle: N
Check-Out Time: 12 AM
Hotel Type: Business, Hotel, Airport
Location: Beach
Number of Bars: 1
Number of Restaurants: 3

## Travel Guide

🏨 Miami Beach Hotels                ✈ Miami Beach Flights
🏨 Miami Beach Things To Do          🚗 Miami Beach Car Rentals
🍴 Miami Beach Restaurants           💼 Miami Beach Vacations
🍸 Miami Beach Nightlife             🏠 Miami Beach Vacation Rentals
💲 Miami Beach Deals



http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

Townhouse Hotel          0.0 mi
Shore Club               0.0 mi
Peter Miller Hotel       0.0 mi
Riviera South Beach      0.1 mi
The Collins Plaza Hotel  0.1 mi

See All Miami Beach Hotels »

**Sponsored Links**

LifeLock® Official Site
Don't Be a Victim of Credit Fraud. Enroll w/ LifeLock & Get Protected.
LifeLock.com

Case 1:15-cv-00962-CS    Document 1-12    Filed 02/23/15    Page 28 of 33

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help  Related Links

travel.aol.com/travel-guide/united-states/florida/miami-beach/the-setai-hotel-detail-065021/

Web Search · #53 · Sheen apologizes to Kutcher · craigslist · Celebrity Apprentice · Add to Wish List

Aol. | MAIL | You might also like Gadling, Mapquest and more ▾

# Aol Travel.

What can we help you find?    **SEARCH ›**

Main    Book Travel ▾    Deals ▾    Ideas & Interests ▾    Travel Guides ▾    Disney Travel ▾    Gadling    Send us feedback

Miami Beach Snapshot    Hotels    Things To Do    Restaurants    Nightlife    Deals    Flights    Car Rentals    More ▾    FOLLOW US +    SHARE +

Travel Guides › United States › Florida › Miami Beach › Hotels › The Setai

🖶 Print

## The Setai, Miami Beach

**HOTEL CLASS** ★★★★★
2001 Collins Avenue, Miami Beach, Florida 33139  Map

**HOTEL OVERVIEW**
Rich earth tones and natural finishes with contemporary and refined Asian accents.

**Check Rates**    Be The First To Review!

More The Setai Photos

*AOL Traveler Rating*

**0**    **0**
POSITIVE    NEGATIVE
Vote »    Vote »

User Reviews    General Info    **Hotel Amenities**    Room Amenities

| General | Pet Services | Transportation |
|---|---|---|
| ATM/Bank | Pets Allowed: Y | Parking on-site (paid) |
| Babysitting or Child Care | Pet Amenities: N | Valet Parking |
| Car Rental | Pet Fee: Y | |
| Childrens Programs | Pet Services: N | |
| Coffee - Complimentary | Pet Size Limit: 20 | |
| Concierge Services | | |
| Concierge/ Club Floor | | |
| Crib/Rollaway Bed | | |
| Gift Shop | | |
| Internet - Common Area (Free) | | |
| Laundry/ Dry Cleaning Service | | |
| Multi-lingual Staff | | |
| Pool (Outdoor) | | |
| Room Service | | |
| WheelChair Accessible | | |

| Security | Hotel Recreation Amenities | Hotel Business Amenities |
|---|---|---|
| Smoke Alarm in Rooms | Beach | A-V Equipment Rental |
| Sprinkler in Rooms | Fishing | Business Center |
| Surveillance Cameras On Site | Game Room | Fax (For Guests) |
| Uniformed Security on Site | Health Spa/Massage | Meeting Facilities |
| | Hot Tub | Photocopy Service |
| | Tennis (Outdoor) | |

**Travel Guide**

http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Townhouse Hotel | 0.0 mi |
| Shore Club | 0.0 mi |
| Peter Miller Hotel | 0.0 mi |
| Riviera South Beach | 0.1 mi |
| The Collins Plaza Hotel | 0.1 mi |

See All Miami Beach Hotels »

The Setai, Miami Beach, FL: Hote...          +

travel.aol.com/travel-guide/united-states/florida/miami-beach/the-setai-hotel-detail-065021/

Web Search          #53          Sheen apologizes to Kutcher          craigslist · Celebrity Apprentice          Add to Wish List

AOL. | MAIL | You might also like Gadling, Mapquest and more »

# AOL Travel.

What can we help you find?          **SEARCH ›**

Main | Book Travel ▾ | Deals ▾ | Ideas & Interests ▾ | Travel Guides ▾ | Disney Travel ▾ | Gadling          Send us feedback

Miami Beach Snapshot | Hotels | Things To Do | Restaurants | Nightlife | Deals | Flights | Car Rentals | More ▾          FOLLOW US +   SHARE +

Travel Guides › United States › Florida › Miami Beach › Hotels › The Setai          🖨 Print

# The Setai, Miami Beach



**HOTEL CLASS** ★★★★★
2001 Collins Avenue, Miami Beach, Florida 33139  Map

**HOTEL OVERVIEW**
Rich earth tones and natural finishes with contemporary and refined Asian accents.

**Check Rates**    Be The First To Review!

*AOL Traveler Rating*

**0**          **0**
POSITIVE          NEGATIVE
Vote »          Vote »

More The Setai Photos

User Reviews | General Info | Hotel Amenities | **Room Amenities**

**Room Amenities**

Air Conditioning*
Balcony/Terrace*
Coffee Maker
Daily Maid Service
Internet Free
Iron
Kitchen*
Mini-Bar
Newspaper (Free)
Non-Smoking Rooms
Phone
Phone (w/ voicemail)
Refrigerator
Safe (In Room)
Television
Television (Cable/Satellite)

*Note: Amenity only available in **some** rooms

http://www.techcrunch.com/

ADVERTISEMENT

**NEARBY HOTELS**

| | |
|---|---|
| Townhouse Hotel | 0.0 mi |
| Shore Club | 0.0 mi |
| Peter Miller Hotel | 0.0 mi |
| Riviera South Beach | 0.1 mi |
| The Collins Plaza Hotel | 0.1 mi |

See All Miami Beach Hotels »

## Travel Guide

🏨 Miami Beach Hotels          ✈ Miami Beach Flights
🏛 Miami Beach Things To Do          🚗 Miami Beach Car Rentals
🍴 Miami Beach Restaurants          🏠 Miami Beach Vacations
🍸 Miami Beach Nightlife          🏡 Miami Beach Vacation Rentals
Miami Beach Deals







