# EXHIBIT 2-D

THE WAVE STUDIO, LLC
COMPLAINT



















Carcosa Seri Negara (Kuala Lumpur, MY) – The Hotel Savings Network























The Chedi Club at Tanah Gajah, Ubud (Ubud, ID) – The Hotel Savings Network



## The Chedi Club at Tanah Gajah, Ubud

### Hotel Photos

It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.



# Hotel Savings Network
Low Rates · Great Service · Give us a Try!

Reserve Online or Call Our Travel Experts
800.916.4347 (USA & Canada)
(1) 817.333.5253 (Worldwide)
(1) 866.348.4822 (Español)

Home    Top Destinations    About Us    Customer Care

Language:  English (US)          Currency:  US Dollars

## The Chedi Club at Tanah Gajah, Ubud

Hotel Photos



It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.















**Hotel Savings Network**
*Low Rates - Great Service - Give us a Try!*

Reserve Online or Call Our Travel Experts
800.916.4347 (USA & Canada)
(1) 817.333.5253 (Worldwide)
(1) 866.346.4822 (Español)

Home | Top Destinations | About Us | Customer Care

SSL Encrypted Secure Booking

You're booking: **The Chedi Club at Tanah Gajah, Ubud**

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

Room 1:   2 Adults, 0 Children

First Name:                    Last Name:

Bedding Preference:            Smoking Preference:
[ Double Bed ▼ ]               [ Non-Smoking ▼ ]

### Contact Information

We require a valid email address to contact you with the details of your booking.

Email Address:

Re-type Email Address:

Phone Number:

### Billing Information

The billing address provided must match the credit card that is used to reserve your room.

Country:
[ United States ▼ ]

Billing Address:

City:

---

### Your Booking Summary

**The Chedi Club at Tanah Gajah, Ubud**
★★★★★

Jalan Goa Gajah
Ubud, ID

Check-in:  April 10, 2012        Guests:  2
Check-out: April 11, 2012        Rooms:   1

Room type: One bedroom pool villa

⊗ Room 1:                  $555.00 USD/night

Taxes & Fees:              $116.55 USD

**Total Cost:**            **$671.55 USD**

BBB ACCREDITED BUSINESS

**Why Book with Us?**

✓ No Cancellation or Change Fees
✓ Lowest Price Guaranteed
✓ 24/7 Customer Service
✓ Over 1 Million Satisfied Customers

**Hotel Cancellation Policy:**

We understand that sometimes your travel plans change. We do not charge a change or cancel fee.

The Chedi Club at Tanah Gajah, Ubud (Ubud, ID) – The Hotel Savings Network









