# EXHIBIT 2-E

THE WAVE STUDIO, LLC
COMPLAINT





















The Chedi Club at Tanah Gajah, Ubud (Ubud, ID) – The Hotel Savings Network























# THE CHEDI CHIANG MAI

## Hotel Photos



It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.







**Purchase these domains at name.com:** (info? call: 866-830-6479)

| | | | |
|---|---|---|---|
| HotelEnergySavings.com $688 | SavingsDoc.com $1,788 | SavingsDay.com $1,788 | SavingsWeb.net $2,980 |
| SavingsLab.com $995 | savingsbee.com $1,200 | SavingsAndTrust.com $888 | SavingsBlitz.com $788 |
| SavingsDirectory.com $1,988 | SavingsShowcase.com $1,788 | SavingsSchedule.com $1,588 | SavingsGlobal.com $1,688 |

Buy Now! at name.com  Purchase

**PREMIUM DOMAINS**

SavingsBiz.com $1,788
SavingsCo.com $2,188
SavingsSuccess.com $812

**HOTEL-SAVINGS.NET WHOIS**

Updated: 2 seconds ago
=-=-=-

Domain name: hotel-savings.net

Registrant Contact:
  Charles Kessler & Associates, Inc.
  Charles Kessler ()

  Fax:
  1875 S. Beverly Glen Blvd.
  Los Angeles, AL 90025
  US

Administrative Contact:
  Charles Kessler & Associates, Inc.
  Charles Kessler (kessler@net-market.com)
  +1.3106003125
  Fax: +1.3105070215
  1875 S. Beverly Glen Blvd.
  Los Angeles, AL 90025
  US

Technical Contact:
  Charles Kessler & Associates, Inc.
  Charles Kessler (kessler@net-market.com)
  +1.3106003125
  Fax: +1.3105070215
  1875 S. Beverly Glen Blvd.
  Los Angeles, AL 90025
  US

Status: Locked

Name Servers:
  ns1.codero.com
  ns2.codero.com

Creation date: 12 Mar 2002 17:30:53
Expiration date: 12 Mar 2013 16:30:00

Information Updated: Sat, 25 Feb 2012 16:51:02 UTC

**RELATED DOMAINS FOR HOTEL-SAVINGS.NET**

name.com   enom.com   codero.com   net-market.com

Whois   Search

TOOLS

Ping
Traceroute
Name Server Search

ROOM
UPGRADES.

COMPLIMENTARY
BREAKFAST.

FREE
INTERNET.

Only Leaders Club
members enjoy all the
advantages at
430 Leading Hotels
of the World.

ENROLL TODAY.

LEADERS CLUB
THE LEADING HOTELS OF THE WORLD



**Hotel Savings Network**
*Low Rates - Great Service - Give us a Try!*

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

| Home | Top Destinations | About Us | Customer Care |

Language: English (US)    Currency: US Dollars    Share this Page

**Support Menu**

- My Reservation
- About Us
- Contact Us
- Frequently Asked Questions
- Lowest Price Guarantee
- Privacy Policy
- Terms and Conditions
- Corporate Travel
- Travel Agents

## About Us

**Hotel Savings Network** was established in 1999, as an affiliate in the Hotels.com/Expedia family with offices in Los Angeles.

It's founder, Charles Kessler, had prior experience in the hospitality business as the manager of The Island Resort in Koh Samui, Thailand. He was also the founder of Marvin Gardens Restaurant in Marin County, California.

**Over the past 10 years** we have grown into one of the Internet's largest hotel reservations companies with **over 1 million satisfied customers** from all over the world. Currently we offer discount prices on over **80,000** hotels worldwide.

While Hotel Savings Network is recognized for its **'lowest price guarantee'** and **'no change or cancellation fee'** policies, it is our **commitment to customer service** that separates us from our competitors. **Our staff is available 24 hours a day** to assist you with any question you may have about your reservation. All travel related questions submitted via mail are answered within 15 minutes during business hours.

If you prefer speaking to a reservation specialist, we offer toll free numbers in the US and Europe. Our agents work 24/7, are well trained, thoughtful, friendly and will assist you in getting the reservation best suited to your needs.

Charles Kessler has led a well traveled, eclectic and entrepreneurial lifestyle. If you are interested in more upclose and personal information about him, click here.

**See what some of our customers have said about us:**

I just want to take a moment to express how pleased I am with Hotel Savings Network. I have worked in the travel industry for over 20 year and therefore travel frequently. I have used other hotel booking sources and have been disappointed. My company even has a contract with one of your competitors and I refuse to use them after several 'misunderstandings'.

This is the first time I have used your company but I find your cancellation policy to be very reassuring. I also appreciate having the quick feedback and contact information for you as well as the hotel.

Thank you.

I look forward to my trip.

-L.P., Toronto, ON

Hello Charles and the Hotel Savings Network Team,

Well what a refreshing e-mail to receive...in this world that seems sadly lacking in customer service I did so appreciate your gesture. It will be so nice to share this goods news story with my friends and family. I am going to print it to take with me cause I really do not believe they would believe me without the proof. I would appreciate an e-mail back with your permission for me to print it.

Look forward to hearing from you.

-T.Y., Miami, FL

Dear Hotel Savings Network

Well, I thank you for your generosity. I can tell you stand behind your quality service and if you treat all customers like you have me, you'll find them coming back again and again. I could tell you some real nightmare of some stories! I mostly appreciate being treated fairly which is all anyone can ask for and that is what you have done. I will be glad to recommend HS in future after all our communication. Thank you for being so kind. I wish you and all your HS staff and families happy holidays!

-P.F., Montreal, QC, Canada

Read more testimonials from customers who love us!







The Leela Goa (Cavelossim, IN) – The Hotel Savings Network



The Leela Goa (Cavelossim, IN) – The Hotel Savings Network







