# EXHIBIT 2-F

THE WAVE STUDIO, LLC
COMPLAINT































The Legian, Bali (Legian Beach, ID) – The Hotel Savings Network











The Legian, Bali (Legian Beach, ID) – The Hotel Savings Network







Muscat, OM Discount Hotels & Muscat, OM Hotel Deals – The Hotel Savings Network

# Hotel Savings Network
Low Rates - Great Service - Give us a Try!

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

Home | Top Destinations | About Us | Customer Care

Language: English (US)   Currency: US Dollars

Share this Page

## Displaying Hotels in Muscat, OM

**Destination, Landmark, or Hotel:**
Muscat, OM

**Check-in Date:**
04/10/2012

**Check-out Date:**
04/11/2012

1 room: 2 adults & 0 children

search hotels

View hotels on a map

### Refine Your Listings:

**Hotel Name Contains:**
chedi   go

Clear Hotel Name Filter

**Minimum Star Rating:**
- ○ 5 Stars ★★★★★
- ○ 4 Stars ★★★★
- ○ 3 Stars ★★★
- ○ 2 Stars ★★
- ○ 1 Star ★
- ● All Hotels

**Location Information:**

View hotels on a map

**Breakfast:**
☐ Breakfast Included

**Amenities:**
☐ Swimming Pool
☐ Fitness Center
☐ Restaurant
☐ Children's Activities
☐ Meeting Facilities
☐ Pets Allowed
☐ Wheelchair Accessible
☐ Kitchen/Kitchenette

Sort Hotels by: Most Popular | Price | Star Rating | Name | On Sale!

Advance Purchase Special - non-refundable

**The Chedi Muscat**
★★★★★  **4.5**  from 419 guest reviews
P.O. Box 964 Al Khuwair  |  On the beach  |  Show on Map or Get Directions
The Chedi Muscat is located on the beach in Muscat, close to Sultan Qaboos... more

more photos

**$397**
per night

view rates



The Chedi Muscat (Muscat, OM) – The Hotel Savings Network

# Hotel Savings Network
Low Rates · Great Service · Give us a Try!

## The Chedi Muscat

### Hotel Photos



It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.









The Chedi Muscat (Muscat, OM) – The Hotel Savings Network





**The Chedi Muscat**

Hotel Photos

It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.











