# EXHIBIT 2-G

THE WAVE STUDIO, LLC
COMPLAINT





The Chedi Muscat (Muscat, OM) – The Hotel Savings Network



## The Chedi Muscat

### Hotel Photos

It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.



## Hotel Savings Network
*Low Rates · Great Service · Give us a Try!*

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

| Home | Top Destinations | About Us | Customer Care |

SSL Encrypted Secure Booking

## You're booking: **The Chedi Muscat**

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room 1:**    2 Adults, 0 Children

First Name:

Last Name:

### Contact Information

We require a valid email address to contact you with the details of your booking.

Email Address:

Re-type Email Address:

Phone Number:

### Billing Information

The billing address provided must match the credit card that is used to reserve your room.

Country:
United States

Billing Address:

City:

State/Province:
Select Your State

---

### Your Booking Summary

**The Chedi Muscat**
★★★★★
P.O. Box 964 Al Khuwair
Muscat, OM

| | | |
|---|---|---|
| Check-in: | April 10, 2012 | Guests: 2 |
| Check-out: | April 11, 2012 | Rooms: 1 |

**Room type:** Chedi Club Suite

✔ Save 24% on Chedi Club Suite!

| | |
|---|---|
| ❖ Room 1: | $927.69 USD/night |
| Taxes & Fees: | $157.71 USD |
| **Total Cost:** | **$1,085.40 USD** |

**BBB ACCREDITED BUSINESS**

**Why Book with Us?**

✔ No Cancellation or Change Fees
✔ Lowest Price Guaranteed
✔ 24/7 Customer Service
✔ Over 1 Million Satisfied Customers

**Hotel Cancellation Policy:**

We understand that sometimes your travel plans change. We do not charge a change or cancel fee.













It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.



Same prices as Expedia and Hotels.com, PLUS up to 10% cash back! Learn more.

# Hotel Savings Network
*Low Rates · Great Service · Give us a Try!*

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

| Home | Top Destinations | Why Book With Us? | Customer Care | Cash Back Programs |

Language: English (US)    Currency: US Dollars    Share this Page

## Displaying Hotels in Muscat, OM

View hotels on a map

**Destination, Landmark, or Hotel:** Muscat, OM
**Check-in Date:** 11/01/2012
**Check-out Date:** 11/02/2012
1 room: 2 adults & 0 children
**search hotels**

**Refine Your Listings:**

**Hotel Name Contains:**
chedi    go
Clear Hotel Name Filter

**Price Range:**
0 to 500+
set price range

**Minimum Star Rating:**
○ 5 Stars ★★★★★
○ 4 Stars ★★★★
○ 3 Stars ★★★
○ 2 Stars ★★
○ 1 Star ★
● All Hotels

**Location Information:**
View hotels on a map

**Breakfast:**
☐ Breakfast Included

Sort Hotels By:    **Most Popular**    Price    Star Rating    Name    On Sale?

**The Chedi Muscat**
★★★★★ **4.5** ▮▮▮▮▮ from 419 guest reviews
P.O. Box 964 18th November Street    *In Muscat*    Show on Map or Get Directions
The Chedi Muscat is located near the beach in Muscat and close to Sultan Q... more
more photos

**$468**
per night

view rates













































