# EXHIBIT 2-H

THE WAVE STUDIO, LLC
COMPLAINT



































The Nam Hai (Dien Ban, VN) - T...

www.hotel-savings.net/hotel/252041/the-nam-hai/?destination=Hoi An, VN&destination-id=D21F1FC6-CF8F-4947-AE4C-900A0A3B1F10&check-in=2012-04-10

Google

# Hotel Savings Network
*Low Rates - Great Service - Give us a Try!*

Reserve Online or Call Our Travel Experts
800.916.4347 (USA & Canada)
(1) 817.333.5253 (Worldwide)
(1) 866.346.4822 (Español)

Home | Top Destinations | About Us | Customer Care

Language: English (US)    Currency: US Dollars    Share this Page

« Back to City Search Results

**Check Rates & Availability**

Check-in Date:
04/10/2012

Check-out Date:
04/11/2012

1 room: 2 adults & 0 children

check hotel rates

## The Nam Hai ★★★★★
Hamlet 1   *Dien Ban, VN*   View on a Map or Get Directions
Hotel Information: +1 (817) 333-5253

**Location.**
The Nam Hai is located on the beach in Dien Ban and local attractions include Cuai Dai Beach, Japanese Bridge, and Marble Mountains.

**Hotel Features.**
Dining options at The Nam Hai include 3 restaurants. A bar/lounge is open for drinks. Room service is available. The hotel serves Buffet breakfasts (surcharges apply). Recreational amenities include an outdoor pool, an indoor pool, a health club, a sauna, and a steam room. The property's full-service health spa has massage/treatment rooms. This 5-star property offers small meeting rooms and a meeting/conference room. Complimentary wireless Internet access is available in public areas. This Dien Ban property has 807 square feet of event space consisting of conference/meeting rooms. Concierge services, tour/ticket assistance, and tour assistance are available. Guest parking is complimentary. Additional property amenities include a rooftop terrace, a library, and barbecue grills.

Show Full Hotel Description

average nightly rate
**$552.50 USD**

View rooms and rates
Lowest Price Guaranteed

**Why Book With Us?**
- No Cancellation or Change Fees
- Lowest Price Guaranteed
- 24/7 Customer Service
- Over 1 Million Satisfied Customers

**Hotel Photos:**
view all photos

**Hotel and Area Map:**
enlarge map

**Guest Reviews:**
**4.5** /5.0   from 185 guest reviews
"We really enjoyed our stay at The Nam Hai. The staff were extremely helpful."
read all guest reviews

**Latest Viewed Hotels**
- The Nam Hai
- The Chedi Muscat
- The Setai

**Share This Page**
- by Email
- on Facebook
- on Twitter
- on StumbleUpon

**Rooms & Rates** - 04/10/2012 - 04/11/2012   [change dates]

| Room Type | Average Nightly Rate | |
|---|---|---|
| 1 Bedroom Villa | ~~$650.00~~ **$552.50** USD | book now |
| 1 Bedroom Beach Front Villa | ~~$800.00~~ **$680.00** USD | book now |
| 1 Bedroom Pool Villa | ~~$1,000.00~~ **$850.00** USD | book now |

**Room Amenities**
- Minibar
- In-room safe
- Coffee/tea maker
- LCD television
- Hair dryer
- OnCommand Video

The Nam Hai (Dien Ban, VN) – The Hotel Savings Network





The Nam Hai (Dien Ban, VN) – The Hotel Savings Network





Book – The Hotel Savings Network

## Hotel Savings Network
Low Rates · Great Service · Give us a Try!

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

| Home | Top Destinations | About Us | Customer Care |

🔒 **SSL Encrypted Secure Booking**

### You're booking: The Nam Hai

#### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room 1:**    2 Adults, 0 Children

First Name:

Last Name:

Bedding Preference:
King Bed ▾

Smoking Preference:
Non-Smoking ▾

#### Contact Information

We require a valid email address to contact you with the details of your booking.

Email Address:

Re-type Email Address:

Phone Number:

#### Billing Information

The billing address provided must match the credit card that is used to reserve your room.

Country:
United States ▾

Billing Address:

City:

---

### Your Booking Summary

**The Nam Hai**
★★★★★
Hamlet 1
Dien Ban, VN

**Check-in:** April 10, 2012        **Guests:** 2
**Check-out:** April 11, 2012       **Rooms:** 1

**Room type:** 1 Bedroom Pool Villa
🌿 **Early Booking Bonus - Save 15% on your hotel stay**

☆ **Room 1:**                       $850.00 USD/night

Taxes & Fees:                       $131.75 USD

**Total Cost:**                     **$981.75 USD**

**BBB ACCREDITED BUSINESS**

#### Why Book with Us?

✓ No Cancellation or Change Fees
✓ Lowest Price Guaranteed
✓ 24/7 Customer Service
✓ Over 1 Million Satisfied Customers

#### Hotel Cancellation Policy:

We understand that sometimes your travel plans































