# EXHIBIT 2-I

THE WAVE STUDIO, LLC
COMPLAINT



















The Setai (Miami Beach, FL) — The Hotel Savings Network





































The Setai

## Hotel Photos

It is the responsibility of the hotel chain and/or the individual property to ensure the accuracy of the photos displayed. The Hotel Savings Network is not responsible for any inaccuracies in the photos.





The Setai (Miami Beach, FL) – The Hotel Savings Network





# Hotel Savings Network
### Low Rates - Great Service - Give us a Try!

Reserve Online or Call Our Travel Experts
**800.916.4347** (USA & Canada)
**(1) 817.333.5253** (Worldwide)
**(1) 866.346.4822** (Español)

Home | Top Destinations | About Us | Customer Care

🔒 **SSL Encrypted Secure Booking**

## You're booking: The Setai

### Guest Details

Please provide a name and room preference for the guest responsible for checking into the room(s).

**Room 1:** 2 Adults, 0 Children

First Name:

Last Name:

Bedding Preference:
King Bed

Smoking Preference:
Non-Smoking

### Contact Information

We require a valid email address to contact you with the details of your booking.

Email Address:

Re-type Email Address:

Phone Number:

### Billing Information

The billing address provided must match the credit card that is used to reserve your room.

Country:
United States

Billing Address:

City:

### Your Booking Summary

**The Setai**
★★★★★
2001 Collins Ave
Miami Beach, FL

**Check-in:** March 10, 2012      **Guests:** 2
**Check-out:** March 12, 2012     **Rooms:** 1

**Room type:** One bedroom suite ocean view

⌄ **Room 1:**          $1,807.50 USD/night

Taxes & Fees:          $551.29 USD

**Total Cost:**        **$4,166.29 USD**

**BBB ACCREDITED BUSINESS**

### Why Book with Us?
✔ No Cancellation or Change Fees
✔ Lowest Price Guaranteed
✔ 24/7 Customer Service
✔ Over 1 Million Satisfied Customers

### Hotel Cancellation Policy:

We understand that sometimes your travel plans change. We do not charge a change or cancel fee. However, this property (The Setai) imposes the

The Setai (Miami Beach, FL) – The Hotel Savings Network













