# EXHIBIT 2-J

THE WAVE STUDIO, LLC
COMPLAINT

The Setai (Miami Beach, FL) – The Hotel Savings Network











































