# EXHIBIT 2-K

THE WAVE STUDIO, LLC
COMPLAINT





























































★★★★★
**The Chedi Club Tanah Gajah**

from **$429**

**Overview    Rates    Map    Photos    Reviews    Similar**

**1-3 of 3 reviews**

Sort    newest    oldest    best    worst        Write a review

**User Rating**
All
Excellent        1
Good            2

⭕⭕⭕⭕◯
**Nice Hotel**
Apr 10 2012  Posted by Sari_Finardi
We are very enjoy during 3 days stay in this hotel everything was perfect, the view, the service, the facility and the location. Its not in Ubud but there only 10 minutes by car to Ubud Central with... more on TripAdvisor

**Source**
All
TripAdvisor        3

⭕⭕⭕⭕◯
**Peaceful, relaxing and romantic**
Apr 9 2012  Posted by DJ62
This hotel is stunning and one of the best we have ever visited. The rooms are large and spacious and the extra touches such as your personal butler make it special. The hotel has wonderful grounds... more on TripAdvisor

⭕⭕⭕⭕⭕
**Breathtaking- relaxing, pampering**
Apr 5 2012  Posted by sofileme
Our evening arrival was met with mesmerizing magical starry night and musical lulling of rice field nature. After a lengthy ride from the airport, we were met by our personal butler at the entrance... more on TripAdvisor

**Read all 276 reviews on TripAdvisor**



















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

★★★★★
**The Chedi Chiang Mai**

**Overview**   Rates   Map   Photos   Reviews   Similar

from **$238**

Rates

The hotel incorporates modern Asian design, with teak wood flooring, and warm rich colors.
Chedi Club accommodations include complimentary breakfast buffet, cocktails and snacks,
butler service and round trip transfers in a Mercedes Limousine. On banks of Ping River and in
city. Intention of the scheme was to combine a city location with the atmosphere of a resort hotel,
together with the integrat **more from ReserveTravel...**
email

check-in time: 2:00p
check-out time: 12:00p

✓ air-conditioned   ✓ airport shuttle   ○ casino   ✓ fitness   ○ golf   ✓ internet
○ kitchenette   ✓ parking   ✓ pool   ✓ restaurant   ✓ spa

**Contact Info**

123 Charoen Prathet Road
Chiang Mai 50100, Thailand
show on map

+66 53 253 333
www.ghmhotels.com

**Rates**

| | | | |
|---|---|---|---|
| $201 | Orbitz.com | $238 total | Go |
| $201 | Cheaptickets | $238 total | Go |
| $201 | Hotelclub.com | $238 total | Go |
| $201 | Agoda.com | $239 total | Go |
| $239 | Laterooms.com | $239 total | Go |

see all price details

**User Reviews**

TripAdvisor 594 reviews   ○○○○○

**Location**

123 Charoen Prathet Road, Chiang Mai 50100

Map data © OpenStreetMap    CC-BY-SA

"...it was Fly.com that found the best bargain..."
The New York Times

Powered by KAYAK

About Us  ·  Press Room  ·  Help  ·  Feedback  ·  Privacy Policy  ·  Fly.com™ is a TRAVELZOO property ©2011

★★★★★

**The Chedi Chiang Mai**

from **$238**

Rates

**Overview**   **Rates**   **Map**   **Photos**   **Reviews**   **Similar**

| Room Type | Per Night | Taxes & Fees | Total Cost | |
|---|---|---|---|---|
| **ORBITZ** Deluxe Room - 2 twin (single) beds or 1 double bed | $201 | $37 | $238 | Go |
| show 1 more room types | | | | |
| **CheapTickets** Deluxe Room - 2 twin (single) beds or 1 double bed | $201 | $37 | $238 | Go |
| show 1 more room types | | | | |
| **HotelClub** Deluxe Room - 2 twin (single) beds or 1 double bed | $201 | $37 | $238 | Go |
| show 1 more room types | | | | |
| **agoda** deluxe | $201 | $37 | $239 | Go |
| show 1 more room types | | | | |
| Special promotion Bonus free night during 1 April - 30 Septe... | unavail | | $239 | Go |
| show 2 more room types | | | | |
| **getaroom** Deluxe | $242 | $44 | $286 | Go |
| ☎ Or call getaroom to save at +1 877 642 6799 | | | | |
| **BOOKING.COM** Club Suite - Free cancellation | $302 | $21 | $323 | Go |
| show 1 more room types | | | | |
| **Tablet.** Room information available on Tablethotels.com | $317 | $59 | $375 | Go |
| **LEADING HOTELS** Room information available on lhw.com | $324 | $60 | $383 | Go |
| **Expedia** Room information available on Expedia | click to see rates | ads | | Go |

