# EXHIBIT 2-L

THE WAVE STUDIO, LLC
COMPLAINT







**HOTELS | Find Cheap Hotel Deals & Offers | Fly.com**

★★★★★
# The Chedi Chiang Mai

from **$238**
Rates

**Overview**   **Rates**   **Map**   **Photos**   **Reviews**   **Similar**

**1-3 of 3 reviews**

Sort   newest   oldest   best   worst        Write a review

**User Rating**

All

Excellent          3

**Source**

All

TripAdvisor        3

◎◎◎◎◎                                                 ◎◎ tripadvisor®
**Want To Go Back!**
Apr 12 2012  Posted by AnsK516
The management and staff go out of their way to make you comfortable, wanted and important. They are just waiting to please you. The Deluxe Rooms are VERY well appointed. The restaurant serves... more on TripAdvisor

◎◎◎◎◎                                                 ◎◎ tripadvisor®
**Oasis of calm in hectic chiang mai**
Apr 9 2012  Posted by IrelandHolidayqueen
We did a big trip this year, Thailand! We booked this hotel via trailfinders and if you are doing a tour of the north it is well worth while booking their 5day/4night tour with private guide. It is... more on TripAdvisor

◎◎◎◎◎                                                 ◎◎ tripadvisor®
**Unparalleled luxury!**
Apr 7 2012  Posted by nicesml
The Chedi Chiang Mai is boutique hotel perfection personified! If less is more, the Chedi's distinctive style is "most"! Quietly elegant and modern without being off- putting, the hotel is a serene... more on TripAdvisor

Read all 594 reviews on TripAdvisor











































































