# EXHIBIT 2-M

THE WAVE STUDIO, LLC
COMPLAINT















★★★★★

**The Chedi Muscat**

from **$342**

**Rates**

**Overview**   Rates   Map   Photos   Reviews   Similar

An exclusive beach resort, situated on the Boushar beachfront in Oman, where crystal Gulf waters mirror images of the glorious mountain ranges. Located 30 km south of Muscat, the capital of Oman, in the upscale suburb of Al Ghubra. Guestrooms and suites offer views of the Indian Ocean or the majestic mountains of Muscat. Guests in Chedi Club Suites and Chedi Deluxe Club rooms receive round-trip ai **more from Orbitz...**
email

check-in time: 2:00p
check-out time: 12:00p

✓ air-conditioned   ✓ airport shuttle   ○ casino   ✓ fitness   ○ golf   ✓ internet
○ kitchenette   ✓ parking   ✓ pool   ✓ restaurant   ✓ spa

**Contact Info**

North Ghubra 232, Way No. 3215
Muscat 133, Oman
show on map

+968 2452 4400
www.ghmhotels.com

**Rates**

| | | | |
|---|---|---|---|
| $342 Hotelclub.com | $342 total | Go | |
| $382 Orbitz.com | $391 total | Go | |
| $401 Booking.com | $469 total | Go | |
| $458 Tablethotels | $536 total | Go | |
| $463 Easytobook.com | $542 total | Go | |

see all price details

**User Reviews**

TripAdvisor 674 reviews   ○○○○○

**Location**

North Ghubra 232, Way No. 3215, Muscat 133















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



★ ★ ★ ★ ★
**The Chedi Muscat**

from **$342**

Overview   Rates   Map   Photos   **Reviews**   Similar

1-3 of 3 reviews          Sort   newest   oldest   best   worst        Write a review

**User Rating**
All
Excellent                3

**Source**
All
TripAdvisor               3

⊙⊙⊙⊙⊙          tripadvisor*
**Excellen hotel for a stay in Oman**
Apr 12 2012  Posted by maroolm394
The hospitality is very good, the restaurant serves very good food (we took the omani lobster and caviar), great tastes, setting next to the see and good service. The villa's were very nice and have... more on TripAdvisor

⊙⊙⊙⊙⊙          tripadvisor*
**A part of paradise**
Apr 12 2012  Posted by Erifsen90
Having stayed in many wonderful hotels around the world I must say that The Chedi is outstanding. The architecture and the gardens are so beautyfull and very well-kept. The service is spotless, and... more on TripAdvisor

⊙⊙⊙⊙⊙          tripadvisor*
**Great stay in Muscat**
Apr 12 2012  Posted by WeThree_Swiss
We had a wonderful stay at the Chedi in Muscat. - But yet there is a couple of things one needs to be aware of when going there: Why we loved it: - Great design, beautiful layout - calm and... more on TripAdvisor

**Read all 674 reviews on TripAdvisor**

















★★★★★

## The Nam Hai, Hoi An, Vietnam

from **$715**

**Overview**   Rates   Map   Photos   Reviews   Similar

As much an icon as its legendary location, China Beach boutique hotel the Nam Hai near Hoi An is a spa-equipped designer escape that has become a destination in itself
email

check-in time: 2:00p
check-out time: 12:00p

⊘ air-conditioned   ⊘ airport shuttle   ⊘ casino   ✔ fitness   ⊘ golf   ✔ internet
⊘ kitchenette   ✔ parking   ✔ pool   ✔ restaurant   ✔ spa

**Contact Info**

Hamlet 1, Dien Duong Village
Hoi An 0, Vietnam
show on map

+84 510 394 0000
www.orbitz.com

### Rates

| $650 | Booking.com | $715 total | Go |
| $650 | Agoda.com | $751 total | Go |
| $650 | ihw.com | $751 total | Go |
| $1000 | KAYAK | $1155 total | Go |
| $1000 | Hotels.com | $1155 total | Go |

see all price details

### User Reviews

TripAdvisor 391 reviews   ⊙⊙⊙⊙⊙

### Location

Hamlet 1, Dien Duong Village, Hoi An 0























## fly.com

"...it was Fly.com that found the best bargain..."
*The New York Times*

★ ★ ★ ★ ★
### The Nam Hai, Hoi An, Vietnam

from **$715**
Rates

**Overview**   **Rates**   **Map**   **Photos**   **Reviews**   **Similar**

| Room Type | Per Night | Taxes & Fees | Total Cost | |
|---|---|---|---|---|
| **BOOKING.COM** One-Bedroom Villa<br>show 3 more room types | $650 | $65 | $715 | Go |
| **agoda** one bedroom villa<br>show 4 more room types | $650 | $101 | $751 | Go |
| **LEADING HOTELS** Room information available on lhw.com | $650 | $101 | $751 | Go |
| **KAYAK** 1 Bedroom Pool Villa<br>show 3 more room types ☎ Or call KAYAK to save at +1 877 723 2050 | $1000 | $155 | $1155 | Go |
| **Hotels.com** 1 Bedroom pool villa<br>show 3 more room types Stay 10 nights and get 1 free with welcomerewards® | $1000 | $155 | $1155 | Go |
| **Tablet.** Room information available on Tablethotels.com | $1600 | $248 | $1848 | Go |
| **Expedia** Room information available on Expedia | click to see rates | ads | | Go |











★ ★ ★ ★ ★

**The Nam Hai, Hoi An, Vietnam**

from **$715**

Overview    Rates    Map    Photos    **Reviews**    Similar

1-3 of 3 reviews    Sort    newest    oldest    best    worst    Write a review

**User Rating**

All

Excellent    2

Good    1

**Source**

All

TripAdvisor    3

◎◎◎◎◎    **tripadvisor**

**Very spacy and luxurious... longer, deta...**

Apr 11 2012  Posted by Florian254

To start with a short summary: Ok, with the price we paid for the one bedroom pool villa our expectations were sky high... and they were met. Even though not everything was perfect, it was... more on TripAdvisor

◎◎◎◎○    **tripadvisor**

**nice but failing to meet the superior st...**

Apr 9 2012  Posted by redsuk

It is a 5 star resort but compared to other 5 star resort it lacks on a couple of minor but nevertheless important details. the food in the main restaurant is very good but pretty pricey whereas... more on TripAdvisor

◎◎◎◎◎    **tripadvisor**

**Such a phenomenal resort**

Apr 9 2012  Posted by hanthont

Having luxuriated at top class hotels around the world, we did not expect any accommodation in this developing country could equalize, until blissful experience in the Nam Hai. Ideally positioned in... more on TripAdvisor

**Read all 391 reviews on TripAdvisor**



★★★★★
**The Nam Hai, Hoi An, Vietnam**

from **$715**

Overview   Rates   Map   Photos   Reviews   **Similar**

**Boutique Hoi An Resort**   $120
4% viewed this hotel also
Save $595

**Le Belhamy Hoi An Resort and Spa**   $87
3% viewed this hotel also
Save $626

**The Ocean Villas**   $190
Save $525