# EXHIBIT 2-N

THE WAVE STUDIO, LLC
COMPLAINT









HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

★★★★★
**The Setai**

from **$819**
Rates

Overview  Rates  Map  Photos  Reviews  Similar

| Room Type | | Per Night | Taxes & Fees | Total Cost | |
|---|---|---|---|---|---|
| **Tablet.** | Room information available on Tablethotels.com | $725 | $94 | $819 | Go |
| **ORBITZ** | Room information available on Orbitz.com | $725 | $116 | $841 | Go |
| | show 2 more room types | | | | |
| reservetravel | Great Affordable - Studio Suite Cityvw 582Sqf 54Sqm Deluxe... | $725 | $116 | $841 | Go |
| | show 9 more room types | | | | |
| **BOOKING.COM** | City View Studio Suite | $775 | $101 | $876 | Go |
| | show 2 more room types | | | | |
| getaroom | One bedroom suite ocean view | $1900 | $233 | $2133 | Go |
| | ☎ Or call getaroom to save at +1 877 642 6799 | | | | |
| **Hotels.com** | One bedroom suite ocean view | $1900 | $233 | $2133 | Go |
| | Stay 10 nights and get 1 free with welcomerewards® | | | | |
| **Expedia** | Room information available on Expedia | click to see rates | ads | | Go |

















































★★★★★
**The Setai**

**Overview**    **Rates**    **Map**    **Photos**    **Reviews**    <u>**Similar**</u>

from **$819**

**Rates**

**The Perry South Beach**    $199
6% viewed this hotel also
**Save $620**

**Fontainebleau Miami Beach**    $399
5% viewed this hotel also
**Save $420**

**The Ritz-Carlton, South Beach**    $449
5% viewed this hotel also
**Save $370**















ads

**50% Off Miami Hotels**
GuestMob.com/Miami
Demand The Hotel Price You Deserve.
Join The Mob, Get Discount Perks.

**Miami Group Rates**
HotelPlanner.com/Groups
Save up to 77% by
booking as a group.

**$49 4-Star Hotel Deals**
www.Travel-Ticker.com
Find Great Handpicked, Insider
Travel Bargains on Travel Ticker.

**Miami Nightly Rentals**
Roomorama.com/Miami
For Nightly and Weekly Rent
Starting at $60/Night

**24 hour Laundromat**
www.laundrymart.com.sg/
Self service coin laundry,Wash&Dry,
$5/10kg, half hour ready, free soap

**São Sebastião Hostel**
www.facebook.com/SaoSebastiaoHostel
Economia e conforto em só lugar.
Tarifas a partir de R$ 35,00.

**Miami**
www.hotelclub.com/Cheap-Accomm
Miami Cheap Accommodation.
Choose From 258+ Hotels & Save!

**262 Hotels in Miami**
www.hotel.info/Miami
Hotels from 30€per Room/Night.
Miami Hotel - book now!









