# EXHIBIT 2-O

THE WAVE STUDIO, LLC
COMPLAINT





























HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



## Carcosa Seri Negara

☆☆☆☆☆
Taman Tasik Perdana Persiaran Mahameru
50480 Kuala Lumpur, Malaysia
+60 322 950 888
www.orbitz.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$317**

new window ▸

Show big map

**Overview** | **Rates** | **Map** | **Photos** | **Reviews** | **Similar**

**Suite**

Image from IPM Leonardo, Inc.

«    »

**Amenities**
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Inn

† This rate DOES indicate taxes and fees

‡ Rate is for first night of stay as traveler fees not international or nightly rates

Prices and availability subject to change. Prices are not guaranteed. Prices verify hotel details when booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA

In KL's Most Popular Locations
Hotels in Kuala Lumpur
www.agoda.com.sg/Kuala_Lumpur
Special rates in Kuala Lumpur
Don't miss out, book now!
Advertise Here

















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com





























HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



Pool













