# EXHIBIT 2-P

THE WAVE STUDIO, LLC
COMPLAINT









# The Chedi Chiang Mai

★★★★★
123 Charoen Prathet Road
Chiang Mai 50100, Thailand
+66 53 253 333
www.ghmhotels.com

From **$200**

new window ▸

Show big map

Check-in time - 2:00pm — Check-out time - 12:00pm

**Overview** | **Rates** | **Map** | **Photos** | **Reviews** | **Similar**



**Choice1**

Image from Expedia Affiliate Network

« »

## Amenities
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Casino
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

## Property
select all | clear
- ☑ Hotel

† This rate DOES include taxes and fees

‡ Rate is for first night of stay as provider does not communicate nightly rate.

Prices and availability subject to change. Prices are not guaranteed. Please verify hotel details before booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA

From THB 4,011 Free Transfer. Book
Chiang Mai Resorts
www.hotels.com/Chiang-Mai
Enjoy 75% Off with Hotels.com Now!
Fast, Secure & No Cancellation Fees
hotels.com is rated ★★★★★

**Advertise Here**

























































Guest room

*Image from IPM Leonardo, Inc.*





HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

**The Legian Bali**

★★★★★
Jalan Kayu Aya Seminyak Beach
Bali, Indonesia
361 730622
www.booking.com

From **$738**

new window ▸



Show big map

Check-in time - 2:30p — Check-out time - 12:00p

| Overview | Rates | Map | Photos | Reviews | Similar |

**Restaurant**

Imagery from WFM Leonardo, Inc.

«                                                                                    »

Book your Hotel in Ubud online
Most Popular Hotels – Budget Hotels

**Amenities**
☐ Air-conditioned
☐ Airport shuttle
☐ Casino
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

**Property**
select all | clear

73 Hotels in Ubud
www.hotels.com/Ubud
Hotels.com Ubud Red Hot Sale
Be Quick & Save Up to 75%!
hotels.com is rated ★★★★☆

Xdeel_1800d
hotelscombined.com/Bali_Ubud_Hotels
Amazing Discounts Up To 80% Off
Compare Bali Hotels
hotelscombined.com is rated ★★★★★

BHM Luxury Villas in Bali
www.bhmvillas.com/
Luxury Private Villa Rentals
Island's top management company

Advertise Here

Unless otherwise marked, listed prices are the average per night cost for each room and arrival (VYM) inclusiveness and fees (per unique air average nightly rate in USD).

† This rate DOES include taxes and fees.

‡ Rate is the first night of stay as provider does not show average nightly rate.

Prices are availability subject to change. Prices are not guaranteed. Please verify when completing booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA











The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

Show big map

Check-in time - 2:00p — Check-out time - 12:00p

Overview | Rates | Map | Photos | Reviews | Similar

Restaurant

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- Hotel
- Resort

HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

Overview | Rates | Map | **Photos** | Reviews | Similar

**Suite**

Image from VFM Leonardo, Inc.

«                                                                    »

**Amenities**
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

Map data © OpenStreetMap contributors, CC-BY-SA













