# EXHIBIT 2-Q

THE WAVE STUDIO, LLC
COMPLAINT











The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

new window ▸

**Overview**    **Rates**    **Map**    **Photos**    **Reviews**    **Similar**

**Exterior**

Image from IPM Leonardo, Inc.

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Property
select all | clear
☑ Hotel
☑ Resort

This rate DOES include taxes and fees.

Rate is for first night of stay as provider does not return average nightly rate.

Prices and availability subject to change. Prices are not guaranteed. Please verify hotel details before booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here





**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

new window ▸

Overview | Rates | Map | Photos | Reviews | Similar

**Exterior**

Image from IPM Leonardo, Inc.

**Amenities**
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here





HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

Overview | Rates | Map | Photos | Reviews | Similar

**Lobby**

Image from IPM Leonardo, Inc.

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- ☑ Hotel
- ☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here









HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

# The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

**Overview**  **Rates**  **Map**  **Photos**  **Reviews**  **Similar**

**Guest room**

Image from IFM Leonardo, Inc.

«    »

**Amenities**
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



HOTELS | Find Cheap Hotel Deals & Offers | Fly.com





HOTELS | Find Cheap Hotel Deals & Offers | Fly.com











## The Chedi Muscat

North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

new window ▸

**Overview**   **Rates**   **Map**   **Photos**   **Reviews**   **Similar**

**Exterior**

Image from IPM Leonardo, Inc.

**Amenities**
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



HOTELS | Find Cheap Hotel Deals & Offers | Fly.com







**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

Show big map

new window ▸

Check-in time - 2:00p — Check-out time - 12:00p

Overview | Rates | Map | Photos | Reviews | Similar

**Pool**

Image from HPM Leonardo, Inc.

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- ☑ Hotel
- ☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here







The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

Overview | Rates | Map | Photos | Reviews | Similar

**Suite**

Image from IPM Leonardo, Inc.

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Property
select all | clear
☑ Hotel
☑ Resort

† This rate DOES include taxes and fees.
‡ Rate is first night of stay; provider does not show nightly rate.

Prices and availability subject to change. Prices are not guaranteed.
booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA.

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here





The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

**Overview** | **Rates** | **Map** | **Photos** | **Reviews** | **Similar**

Guest room

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- Hotel
- Resort







# The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

new window ▸

Show big map

Check-in time - 2:00p — Check-out time - 12:00p

**Overview**  **Rates**  **Map**  **Photos**  **Reviews**  **Similar**

Spa

Image from IPM Leonardo, Inc.

«    »

### Amenities
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

### Property
select all | clear
- ☑ Hotel
- ☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

This rate DOES include taxes and fees.

Rate is first night of stay; consider does not reflect average nightly bill.

Prices and availability subject to change. Prices are not guaranteed. Reason, my hotel reservation booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA.







HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

## The Chedi Muscat

★★★★★

North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▶

Show big map

Overview | Rates | Map | Photos | Reviews | Similar

**Exterior**

Image from GHM Leisure, Inc.

«        »

**Amenities**
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort







HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



## The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

new window ▸

| Overview | Rates | Map | Photos | Reviews | Similar |

**Restaurant**

Image from IPM Leonardo, Inc.

«                                                                 »

### Amenities
- [ ] Air-conditioned
- [ ] Airport shuttle
- [ ] Fitness
- [ ] Golf
- [ ] Internet
- [ ] Kitchenette
- [ ] Parking
- [ ] Pool
- [ ] Restaurant
- [ ] Spa

### Property
select all | clear
- [x] Hotel
- [x] Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

† This rate DOES include taxes and fees.

‡ Rate is for first night of stay; is variable; does not represent nightly rate.

Prices and availability subject to change. Prices are not guaranteed. Please verify hotel information by clicking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA









## The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

| Overview | Rates | Map | Photos | Reviews | Similar |

**Spa**

Image from IIFM Leonardo, Inc.

«                                          »

**Amenities**
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

| Overview | Rates | Map | Photos | Reviews | Similar |

Spa

Image from IIFM Leonardo, Inc.

«    »









