# EXHIBIT 2-R

THE WAVE STUDIO, LLC
COMPLAINT

HOTELS | Find Cheap Hotel Deals & Offers | Fly.com





HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

### The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

new window ▾

Show big map

Check-in time - 2:00p — Check-out time - 12:00p

**Overview** | **Rates** | **Map** | **Photos** | **Reviews** | **Similar**

Suite

Image from IFM Leonardo, Inc.

« »

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Property
select all | clear
☑ Hotel
☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

† This rate DOES include taxes and fees.
‡ Rate is for first night of above is provided does not necessarily reflect nightly rate.

Prices and availability subject to change. Prices are not guaranteed. Reservation's hotel reservation booking on the provider site.

Map data © OpenStreetMap contributors, CC-BY-SA.















**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

Show big map

new window ▼

Check-in time - 2:00p — Check-out time - 12:00p

Overview | Rates | Map | **Photos** | Reviews | Similar

**Beach**

Image from VFM Leonardo, Inc.

«          »

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

with authentic local experiences.

Property
select all | clear
☑ Hotel
☑ Resort

















**The Chedi Muscat**

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

Show big map

new window ›

| Overview | Rates | Map | Photos | Reviews | Similar |

Suite

Image from WPM Leonardo, Inc.

**Amenities**
- ☐ Air-conditioned
- ☐ Airport shuttle
- ☐ Fitness
- ☐ Golf
- ☐ Internet
- ☐ Kitchenette
- ☐ Parking
- ☐ Pool
- ☐ Restaurant
- ☐ Spa

**Property**
select all | clear
- ☑ Hotel
- ☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

Show big map

new window ▸

Check-in time - 2:00p — Check-out time - 12:00p

**Overview**  **Rates**  **Map**  **Photos**  **Reviews**  **Similar**

Spa

Image from IPM Leisure, Inc.

**Amenities**
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

**Property**
select all | clear
☑ Hotel
☑ Resort

with authentic local experiences.

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

HOTELS | Find Cheap Hotel Deals & Offers | Fly.com



The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

From **$341**

new window ▸

Show big map

Check-in time - 2:00p — Check-out time - 12:00p

Overview   Rates   Map   **Photos**   Reviews   Similar

**Exterior**

Image from IPM Leonardo, Inc.

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here

Property
select all | clear
☑ Hotel
☑ Resort

Map data © OpenStreetMap contributors, CC-BY-SA

HOTELS | Find Cheap Hotel Deals & Offers | Fly.com







HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

## The Chedi Muscat

★★★★★
North Ghubra 232, Way No. 3215
Muscat 133, Oman
+968 2452 4400
www.ghmhotels.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$341**

new window ▸

Show big map

**Overview** | **Rates** | **Map** | **Photos** | **Reviews** | **Similar**

Restaurant

Image from IPM Leonardo, Inc.

«        »

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- ☑ Hotel
- ☑ Resort

Muscat Hotel
muscat.tripadvisor.com.sg/hot_deals
The best deals in Muscat
Search hotel deals & reviews!

Advertise Here



HOTELS | Find Cheap Hotel Deals & Offers | Fly.com







**The Nam Hai, Hoi An, Vietnam**

★★★★★
Hamlet 1, Dien Duong Village
Hoi An 0, Vietnam
+84 510 394 0000
www.orbitz.com

From **$553**

Show big map

Check-in time - 2:00pm — Check-out time - 12:00p

new window ▸

Overview | Rates | Map | Photos | Reviews | Similar

Recreation

Amenities
- Air-conditioned
- Airport shuttle
- Fitness
- Golf
- Internet
- Kitchenette
- Parking
- Pool
- Restaurant
- Spa

Property
select all | clear
- ☑ Hotel
- ☑ Resort

Up to 50% Discount!
Victoria Hoi An Resort
www.vietnamtravel.org/victoria-hoi-
Luxurious beach resort+spa in the
beautiful ancient town of Hoi An

Advertise Here



























HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

