# EXHIBIT 2-S

THE WAVE STUDIO, LLC
COMPLAINT







**The Nam Hai, Hoi An, Vietnam**

★★★★★
Hamlet 1, Dien Duong Village
Hoi An 0, Vietnam
+84 510 394 0000
www.orbitz.com

Check-in time - 2:00p — Check-out time - 12:00p

From **$553**

Show big map

| Overview | Rates | Map | Photos | Reviews | Similar |

**Meeting room**

Image from VFM Leonardo, Inc.



















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

**The Setai**

★★★★★
2001 Collins Avenue
Miami Beach, FL 33139, United States
+1 305 520 6000
www.setai.com

Virtual Tour

Check-in time - 3:00p — Check-out time - 12:00p

From **$775**

new window ›

Show big map

Overview | Rates | Map | **Photos** | Reviews | Similar

**Suite**

Image from VFM Leonardo, Inc.

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Casino
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

Property
select all | clear
☑ Hotel

Search OneTime for the Best Hotels!

Cheap MIA Hotel Deal
SmarterTravel.com/Miami Beach
Compare Rates From All Major Travel
Sites - Fast & Easy Hotel Search!

Advertise Here

Map data © OpenStreetMap contributors, CC-BY-SA





































## The Setai

★★★★★
2001 Collins Avenue
Miami Beach, FL 33139, United States
+1 305 520 6000
www.setai.com

From **$775**

Virtual Tour

Check-in time - 3:00p — Check-out time - 12:00p

Show big map

new window ›

| | Overview | Rates | Map | Photos | Reviews | Similar |

| Per Night | Per Night Taxes & Fees | Total Cost (1 night) | Booking Site | | |
|---|---|---|---|---|---|
| $775 | $95 | $870 | Go | KAYAK | show room types (3) |
| | | ☎ Or call KAYAK to save at +1 877 723 2050 | | | |
| $775 | $95 | $870 | Go | Getaroom.com | |
| | | ☎ Or call getaroom.com to save at +1 877 642 6799 | | | |
| $775 | $95 | $870 | Go | Hotels.com | |
| | | Stay 10 nights and get 1 free with welcomerewards® | | | |
| $775 | $101 | $876 | Go | Booking.com | show room types (3) |
| $775 | $101 | $876 | Go | Tablethotels.com | |
| | click to see rates | | Go | Expedia | |

Amenities
☐ Air-conditioned
☐ Airport shuttle
☐ Casino
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☑ Pool
☐ Restaurant
☐ Spa

Property
select all | clear
☑ Hotel

Search OneTime for the Best Hotels!

Cheap MIA Hotel Deal
SmarterTravel.com/Miami Beach
Compare Rates From All Major Travel
Sites - Fast & Easy Hotel Search!

Advertise Here





















HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

**The Setai** ✕

★★★★★
2001 Collins Avenue
Miami Beach, FL 33139, United States
+1 305 520 6000
www.setai.com

new window ▾

From **$775**

Show big map

Check-in time - 3:00p — Check-out time - 12:00p

Virtual Tour

| Overview | Rates | Map | Photos | Reviews | Similar |

**User Rating**

All
Excellent (2)
Good (1)

**Source**

All
TripAdvisor (3)

Write a review ▸

Sort by: newest  oldest | best | worst

1-3 of 3  reviews

**setai lovely** – Posted Feb 20 2012 by Disappointed783    tripadvisor

⊙⊙⊙⊙⊙   Lovely rooms although bath is in centre of suite for everyone to see you with no walls around it. Clean lovely location excellent service Better than average food relaxing great but expensive spa... more on TripAdvisor     Report this review

**Quality but expensive** – Posted Feb 16 2012 by adlr   tripadvisor

⊙⊙⊙⊙⊙   This hotel is quality. Everything about it is cool and classy. Location, service, rooms, food, drink all of it is perfect. Would have like to have had a bigger room but it was fine as it was. Cant... more on TripAdvisor     Report this review

**South Beach luxury!** – Posted Feb 8 2012 by Emilio1972303631   tripadvisor

⊙⊙⊙⊙⊙   Best Hotel in Miami South Beach, away from the touristy Lincoln Road and Ocean Drive, but in the best area of Collins Ave. The hotel facilities were top notch, beautiful sleek designed rooms... more on TripAdvisor     Report this review

Read all 233 reviews on TripAdvisor

**Amenities**
☐ Air-conditioned
☐ Airport shuttle
☐ Casino
☐ Fitness
☐ Golf
☐ Internet
☐ Kitchenette
☐ Parking
☐ Pool
☐ Restaurant
☐ Spa

**Property**
select all | clear
☑ Hotel

Search OneTime for the Best Hotels!

Cheap MIA Hotel Deal
SmarterTravel.com/Miami Beach
Compare Rates From All Major Travel Sites - Fast & Easy Hotel Search!

Advertise Here

Map data © OpenStreetMap contributors, CC-BY-SA















