# EXHIBIT 2-T

THE WAVE STUDIO, LLC
COMPLAINT











































































