# EXHIBIT 2-U

THE WAVE STUDIO, LLC
COMPLAINT

















### The Datai Langkawi 5 Stars

"A beautiful luxury retreat in virgin rainforest, on the secluded Malaysian island of Langkawi."

## Hotel Overview

### Review of The Datai Langkawi, by John Hatt

I am fairly certain that no other luxury hotel in Asia has a comparable setting to the Datai, which is surrounded by lowland tropical rainforest - a storybook jungle. This is a welcome change from the gardens of most tropical hotels - usually the eternal cliche of screeching bougainvillea. The Datai has been designed to fit sympathetically amongst the huge luxuriant trees, which are still the home of sea eagles, lemurs, and flying squirrels. The scenery is more dramatic than anything in the Caribbean, with the exception of Dominica (where no hotel is anywhere near as good).

For aesthetic and environmental reasons, the Datai has been built well above the beach. This might be a disadvantage to some, who can't handle the 170 steps, but most guests relish the walk, and free transport is available.

### The facilities

There are three restaurants, and betwe

...                                                                    show more +

### Who stays here?

Jodie Foster

#### Come for...
• Luscious rainforest-sea setting
• Conservation programme funded by hotel
• Pristine private beach
• Beautiful spa

#### Not Suitable for...
• Nightlife, other than the jungle variety

#### Eating in
A choice of three hotel restaurants, which cater for both traditional and western cuisine. All enjoy beautiful views of the surrounding rainforest and shoreline. There is also a Lobby Lounge, reserved for the over 12's after 8pm, which serves cocktails and bar snacks.

#### The Press Say
"At the Datai, open-air couples' treatments are given on a teakwood terrace right at the edge of the forest. A pack of tiny black monkeys might be frolicking in the trees above, watching you both." Travel + Leisure 06

## Facilities

**Hotel Facilities:** Baby-sitting, Bar, Business centre, Concierge, Meeting rooms, Outdoor pool, Private beach, Spa & treatments, Tennis courts, Wheelchair accessible

## Hotel Policies

Check in time is **2.00pm** Check out time is **12.00noon**

---

**The Datai Langkawi, Langkawi, Malaysia** ★★★★★
Jalan Teluk Datai, 07000, Langkawi, Kedah, Malaysia

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** *   **Adults:** *
1           2

CHANGE DATES ▶

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

Book The Datai Langkawi, Langkawi, Malaysia Now: Rates Guaranteed



### The Datai Langkawi 5 Stars

"A beautiful luxury retreat in virgin rainforest, on the secluded Malaysian island of Langkawi."

## Hotel Overview

### Review of The Datai Langkawi, by John Hatt

I am fairly certain that no other luxury hotel in Asia has a comparable setting to the Datai, which is surrounded by lowland tropical rainforest - a storybook jungle. This is a welcome change from the gardens of most tropical hotels - usually the eternal cliche of screeching bougainvillea. The Datai has been designed to fit sympathetically amongst the huge luxuriant trees, which are still the home of sea eagles, lemurs, and flying squirrels. The scenery is more dramatic than anything in the Caribbean, with the exception of Dominica (where no hotel is anywhere near as good).

For aesthetic and environmental reasons, the Datai has been built well above the beach. This might be a disadvantage to some, who can't handle the 170 steps, but most guests relish the walk, and free transport is available.

### The facilities

There are three restaurants, and betwe

...

show more +

## Facilities

**Hotel Facilities:** Baby-sitting, Bar, Business centre, Concierge, Meeting rooms, Outdoor pool, Private beach, Spa & treatments, Tennis courts, Wheelchair accessible

## Hotel Policies

Check in time is **2.00pm** Check out time is **12.00noon**

**Who stays here?**
Jodie Foster

**Come for...**
- Luscious rainforest-sea setting
- Conservation programme funded by hotel
- Pristine private beach
- Beautiful spa

**Not Suitable for...**
- Nightlife, other than the jungle variety

**Eating in**
A choice of three hotel restaurants, which cater for both traditional and western cuisine. All enjoy beautiful views of the surrounding rainforest and shoreline. There is also a Lobby Lounge, reserved for the over 12's after 8pm, which serves cocktails and bar snacks.

**The Press Say**
"At the Datai, open-air couples' treatments are given on a teakwood terrace right at the edge of the forest. A pack of tiny black monkeys might be frolicking in the trees above, watching you both." **Travel + Leisure 06**

**The Datai Langkawi, Langkawi, Malaysia** ★★★★★
Jalan Teluk Datai, 07000, Langkawi, Kedah, Malaysia

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** * **Adults:** *
1    2

**CHANGE DATES**

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution



### The Datai Langkawi 5 Stars

"A beautiful luxury retreat in virgin rainforest, on the secluded Malaysian island of Langkawi."

## Hotel Overview

**Review of The Datai Langkawi, by John Hatt**

I am fairly certain that no other luxury hotel in Asia has a comparable setting to the Datai, which is surrounded by lowland tropical rainforest - a storybook jungle. This is a welcome change from the gardens of most tropical hotels - usually the eternal cliche of screeching bougainvillea. The Datai has been designed to fit sympathetically amongst the huge luxuriant trees, which are still the home of sea eagles, lemurs, and flying squirrels. The scenery is more dramatic than anything in the Caribbean, with the exception of Dominica (where no hotel is anywhere near as good).

For aesthetic and environmental reasons, the Datai has been built well above the beach. This might be a disadvantage to some, who can't handle the 170 steps, but most guests relish the walk, and free transport is available.

**The facilities**

There are three restaurants, and betwe

...

show more +

## Facilities

**Hotel Facilities:** Baby-sitting, Bar, Business centre, Concierge, Meeting rooms, Outdoor pool, Private beach, Spa & treatments, Tennis courts, Wheelchair accessible

## Hotel Policies

Check in time is **2.00pm** Check out time is **12.00noon**

### Who stays here?
Jodie Foster

### Come for...
- Luscious rainforest-sea setting
- Conservation programme funded by hotel
- Pristine private beach
- Beautiful spa

### Not Suitable for...
- Nightlife, other than the jungle variety

### Eating in
A choice of three hotel restaurants, which cater for both traditional and western cuisine. All enjoy beautiful views of the surrounding rainforest and shoreline. There is also a Lobby Lounge, reserved for the over 12's after 8pm, which serves cocktails and bar snacks.

### The Press Say
"At the Datai, open-air couples' treatments are given on a teakwood terrace right at the edge of the forest. A pack of tiny black monkeys might be frolicking in the trees above, watching you both." Travel + Leisure 06

---

**The Datai Langkawi, Langkawi, Malaysia** ★★★★★
Jalan Teluk Datai, 07000, Langkawi, Kedah, Malaysia

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** * **Adults:** *
1    2

**CHANGE DATES ▸**

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

The Leading Hotels of the World Award Winner

As featured on TIMES ONLINE Best Travel websites 2009

http://www.travelintelligence.com/luxury-hotels/malaysia/langkawi...ook?arrival_date=2012-04-18&departure_date=2012-04-19&people=2#4

Book The Leela Kempinski Goa, Cavelossim, India Now: Rates Guaranteed

**Chiang Mai Hotels** Save up to 75% Instant confirmation Get prices! Agoda.com/Chiang_Mai_Hotels

**Sands Cotai Central** Selection of Hotels, Retails & Leisure. Be at the Centre of it all www.sandscotaicentral.com

**Hot Jobs in Singapore** Immediate Requirement. Submit CV to Apply Now! Monster.com.sg

AdChoices ▷

# travel know where you're going
# intelligence.com

GIFT VOUCHERS | FAQS | CONTACT US | NEWSLETTER | 🔊 RSS FEEDS | 🖨 PRINT | ✉ MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: **877 404 7416**

PRICE DISPLAYED IN: US DOLLAR $

| HOME | LUXURY HOTELS | HOTEL DEALS | BEST OF TI | TRAVEL WRITING | TI BLOG | SHARE f t ✉ |

◀ BACK TO SEARCH RESULTS

Home › Luxury Hotels › India › Luxury Hotels in Cavelossim › The Leela Kempinski Goa

### Find Your Perfect Hotel

**Hotel name or destination:**
The Leela Kempinski Goa, Cavelossim

**Arrival date:**          **Nights:**
18 Apr 2012               1

**Adults:**
2                         GO! ▶

☐ Search without dates

Travelling with children?
Browse all hotels

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guarantee!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales.

### Follow Us On...

twitter   **facebook**
🔊 RSS   flickr

### Luxury Hotels Newsletter

Sign up for the TI newsletter to get the latest hotel news, top-class travel writing, free stay giveaways and unbeatable hotel deals straight to your inbox!

---

**The Leela Kempinski Goa, Cavelossim, India** ★★★★
Cavelossim Mobor, Goa 403731, India

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** *   **Adults:** *
1             2              CHANGE DATES ▶

Sorry, The Leela Kempinski Goa doesn't have any availability between 18 Apr 2012 and 19 Apr 2012 (1 night) for 2 people.

You can try searching different dates, or see all available hotels in Cavelossim between 18 Apr 2012 and 19 Apr 2012



**The Leela Kempinski Goa 4 Stars**

"A top-notch and discreet luxury resort in Cavelossim built on man-made lagoon at the end of the beach."

### Hotel Overview

The Leela Goa, a 5-star beach resort, is a contemporary celebration of south India's Vijayanagara Empire temple and palace architecture, and Goa's Portuguese heritage. Tucked away in the South Goa, 47 kilometres from the airport and 18 kilometres from the railway station, this deluxe luxury resort is situated by the Arabian Sea, bordered by the secluded Mobor beach and the active fishing village along the River Sal. Nestled among 75 acres of landscaped tropical gardens and a 10 hole par-3 golf course, the spacious villa-style rooms and suites provide the ultimate leisure experience in gracious living.

Set amidst 75 acres of lush gardens and sparkling lagoons are a total of 137 stylish rooms and suites. All rooms are spacious and elegantly furnished with ceiling fans and central air conditioning, equipped with 25 inch colour TV with satellite channels video cassette players, hi-fi compact

...                                                              show more +

**Come for...**

**Not Suitable for...**

**The Press Say**
"This pristine island of trimmed grass and low-slung pink buildings was more reminiscent of Marrakesh than Mobor, the peninsula which it dominates...the look of the villas is five-star." **The Independent 08**











Book The Legian, Bali, Indonesia Now: Rates Guaranteed

**Chiang Mai Hotels** Save up to 75% Instant confirmation Book it! Agoda.com/Chiang_Mai_Hotels
**Tour New Zealand** See the best of NZ - your ideal NZ tour planned for you - See More www.FineToursNewZealand.co.nz
**Monaco Grand Prix Luxury** 5-star hotel, 7th floor VIP balcony yachts, helicopters, Amber Lounge www.grand-tourist.com
AdChoices ▷

# travel know where you're going intelligence.com

GIFT VOUCHERS · FAQS · CONTACT US · NEWSLETTER · 🔊 RSS FEEDS · 🖨 PRINT · ✉ MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: 877 404 7416

PRICE DISPLAYED IN: US DOLLAR $

| HOME | LUXURY HOTELS | HOTEL DEALS | BEST OF TI | TRAVEL WRITING | TI BLOG |

◀ SHARE

◀ BACK TO SEARCH RESULTS

Home › Luxury Hotels › Indonesia › Luxury Hotels in Bali › The Legian

## Find Your Perfect Hotel

**Hotel name or destination:**
The Legian, Bali, Indonesia

**Arrival date:**
18 Apr 2012

**Nights:**
1

**Adults:**
2

GO! ▶

☐ Search without dates

Travelling with children?
Browse all hotels

### Other Recommended Luxury Hotels in Bali

The Mansion Resort Hotel & Spa
Anantara Seminyak Resort and Spa
The Bale
Alila Villas Soori
Viceroy Bali
AYANA Resort and Spa in Bali
Hotel Tugu Bali
LunaZ private hotel
Oberoi Bali
The Elysian

See all luxury hotels in Bali

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guaranteed!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales.

### Follow Us On...

**The Legian, Bali, Indonesia** ★★★★★
Jalan Laksmana, Seminyak Beach, Bali 80361, Indonesia

Show on map

**Arrival date:** ＊
18 Apr 2012

**Nights:** ＊  **Adults:** ＊
1   2

CHANGE DATES ▶

We found these rooms from 18 Apr 2012 to 19 Apr 2012 (1 night) for 2 people:

**Suite Deluxe-suite**
Bed and breakfast.

**USD 625.84**
per room per night

BOOK NOW! ▶



**The Legian 5 Stars**

"A beautiful beachfront luxury hotel, which also boasts eleven of the best villas in Bali."

## Hotel Overview

**Review of The Legian, by Caroline Major**

At the swanky end of Seminyak, beyond the Oberoi and Kudeta, the luxury hotel to choose for a sunset cocktail in Bali is **The Legian**. Built on the principle that the sort of people who stay here might be the sort of people who liked each other if only they were to meet, the ground floor is a labyrinth of bars, lounges, stretches of beach, gardens and restaurants - all intertwined to provide a large communal living space. The focal point of it all is a fabulous swimming pool, which viewed from ground level seems to merge with the ocean and the horizon in a neat architectural trick that creates a true infinity pool.

**Come for...**
• Two-tier infinity pool overlooking the ocean
• Children's facilities
• Personal butler service in designer suites

**Not Suitable for...**
• Business facilities and conferences
• Shallow pockets

**Children**
The hotel welcomes children. There is a

http://www.travelintelligence.com/luxury-hotels/indonesia/bali/th...ook?arrival_date=2012-04-18&departure_date=2012-04-19&people=2#3

**Daily Rate**

Chedi club one bedroom suite king bed 62 sqm. suite benefits wireless internet.

**USD 1590.26**

per room per night

**BOOK NOW ›**



**The Chedi, Muscat 5 Stars**

"An extravagant escape offering a secluded beach, authentic cuisine and stunning views of the Gulf of Oman and surrounding mountains."

## Hotel Overview

Review of The Chedi, Muscat, by **Harry Ring**

Being constantly referred to as 'the best boutique hotel in Oman' could be something of a let-down when it transpires that the hotel in question is in fact the only boutique hotel in Oman. This lack of choice might concern style-conscious travellers who have ventured past Dubai's metropolitan mayhem into Oman. But who needs variety when the Chedi is this good?

The Chedi lies on a stretch of beach in the Muscat area - a loose term for the 30 km string of towns connected by the country's main motorway. The hotel itself is several kilometres from the motorway, so road noise is not a problem. Aerial noise however, is something to think about since the hotel is close to the airport, (Seeb International is not much as far as major hubs go, but enough to cause a few complaints). The beach here is more exposed than further down the coast, and there are n

...

show more +

**Come for...**

• Sybaritic beachside retreat

**Not Suitable for...**

**The Press Say**

"Dark seductive infinity pools are surrounded by white towelling double day-beds, tiled terraces and palms are dotted through luscious gardens." **The Guardian 05**

## Facilities

**Hotel Facilities:** Bar, Gym/Fitness centre, Meeting rooms, Outdoor pool, Private beach, Restaurant, Spa & treatments

**The Chedi, Muscat, Muscat, Oman** ★★★★★

Al Khuwair, 133 Muscat, Oman

Show on map

**Arrival date:** *

18 Apr 2012

**Nights:** * **Adults:** *

1    2

**CHANGE DATES ›**

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

Book The Chedi, Muscat, Muscat, Oman Now: Rates Guaranteed



**Daily Rate**
Chedi club one bedroom suite king bed 62 sqm. suite benefits wireless internet.

**USD 1590.26**
per room per night

**BOOK NOW!**

**The Chedi, Muscat 5 Stars**

"An extravagant escape offering a secluded beach, authentic cuisine and stunning views of the Gulf of Oman and surrounding mountains."

## Hotel Overview

**Review of The Chedi, Muscat, by Harry Ring**

Being constantly referred to as 'the best boutique hotel in Oman' could be something of a let-down when it transpires that the hotel in question is in fact the only boutique hotel in Oman. This lack of choice might concern style-conscious travellers who have ventured past Dubai's metropolitan mayhem into Oman. But who needs variety when the Chedi is this good?

The Chedi lies on a stretch of beach in the Muscat area - a loose term for the 30 km string of towns connected by the country's main motorway. The hotel itself is several kilometres from the motorway, so road noise is not a problem. Aerial noise however, is something to think about since the hotel is close to the airport, (Seeb International is not much as far as major hubs go, but enough to cause a few complaints). The beach here is more exposed than further down the coast, and there are n

...

show more +

**Come for...**
• Sybaritic beachside retreat

**Not Suitable for...**

**The Press Say**
"Dark seductive infinity pools are surrounded by white towelling double day-beds, tiled terraces and palms are dotted through luscious gardens." **The Guardian 05**

## Facilities

**Hotel Facilities:** Bar, Gym/Fitness centre, Meeting rooms, Outdoor pool, Private beach, Restaurant, Spa & treatments

**The Chedi, Muscat, Muscat, Oman** ★★★★★
Al Khuwair, 133 Muscat, Oman

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** * **Adults:** *
1    2

**CHANGE DATES**

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

http://www.travelintelligence.com/luxury-hotels/oman/muscat/the-...ok?arrival_date=2012-04-18&departure_date=2012-04-19&people=2#2



**Daily Rate**
Chedi club one bedroom suite king bed 62 sqm. suite benefits wireless internet.

**USD 1590.26**
per room per night

**BOOK NOW!**

### The Chedi, Muscat 5 Stars

"An extravagant escape offering a secluded beach, authentic cuisine and stunning views of the Gulf of Oman and surrounding mountains."

## Hotel Overview

**Review of The Chedi, Muscat, by Harry Ring**

Being constantly referred to as 'the best boutique hotel in Oman' could be something of a let-down when it transpires that the hotel in question is in fact the only boutique hotel in Oman. This lack of choice might concern style-conscious travellers who have ventured past Dubai's metropolitan mayhem into Oman. But who needs variety when the Chedi is this good?

The Chedi lies on a stretch of beach in the Muscat area - a loose term for the 30 km string of towns connected by the country's main motorway. The hotel itself is several kilometres from the motorway, so road noise is not a problem. Aerial noise however, is something to think about since the hotel is close to the airport. (Seeb International is not much as far as major hubs go, but enough to cause a few complaints). The beach here is more exposed than further down the coast, and there are n

...

show more +

**Come for...**
- Sybaritic beachside retreat

**Not Suitable for...**

**The Press Say**
"Dark seductive infinity pools are surrounded by white towelling double day-beds, tiled terraces and palms are dotted through luscious gardens." **The Guardian 05**

## Facilities

**Hotel Facilities:** Bar, Gym/Fitness centre, Meeting rooms, Outdoor pool, Private beach, Restaurant, Spa & treatments

**The Chedi, Muscat, Muscat, Oman** ★★★★★
Al Khuwair, 133 Muscat, Oman

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** * **Adults:** *
1     2

**CHANGE DATES**

About Us  |  Affiliates  |  Price Guarantee  |  FAQs  |  Newsletter  |  Privacy Policy  |  Ts & Cs  |  Group Reservations  |  Hoteliers' Information  |  Travel Guides  |  Site Map  |  Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

*The Leading Hotels of the World* Award Winner

As featured on **TIMES ONLINE** Best Travel websites 2009

Verisign Secured

http://www.travelintelligence.com/luxury-hotels/oman/muscat/the-...ok?arrival_date=2012-04-18&departure_date=2012-04-19&people=2#3

Book The Chedi, Muscat, Muscat, Oman Now: Rates Guaranteed

**Daily Rate**
Chedi club one bedroom suite king bed 62 sqm. suite benefits wireless internet.

**USD 1590.26**
per room per night

BOOK NOW!



**The Chedi, Muscat 5 Stars**

"An extravagant escape offering a secluded beach, authentic cuisine and stunning views of the Gulf of Oman and surrounding mountains."

## Hotel Overview

**Review of The Chedi, Muscat, by Harry Ring**

Being constantly referred to as 'the best boutique hotel in Oman' could be something of a let-down when it transpires that the hotel in question is in fact the only boutique hotel in Oman. This lack of choice might concern style-conscious travellers who have ventured past Dubai's metropolitan mayhem into Oman. But who needs variety when the Chedi is this good?

The Chedi lies on a stretch of beach in the Muscat area - a loose term for the 30 km string of towns connected by the country's main motorway. The hotel itself is several kilometres from the motorway, so road noise is not a problem. Aerial noise however, is something to think about since the hotel is close to the airport. (Seeb International is not much as far as major hubs go, but enough to cause a few complaints). The beach here is more exposed than further down the coast, and there are n

...

show more +

**Come for...**
• Sybaritic beachside retreat

**Not Suitable for...**

**The Press Say**
"Dark seductive infinity pools are surrounded by white towelling double day-beds, tiled terraces and palms are dotted through luscious gardens." **The Guardian 05**

## Facilities

**Hotel Facilities:** Bar, Gym/Fitness centre, Meeting rooms, Outdoor pool, Private beach, Restaurant, Spa & treatments

**The Chedi, Muscat, Muscat, Oman** ★★★★
Al Khuwair, 133 Muscat, Oman

Show on map

**Arrival date:** *
18 Apr 2012

**Nights:** * **Adults:** *
1    2

CHANGE DATES

About Us | Affiliates | Price Guarantee | FAQs | Newsletter | Privacy Policy | Ts & Cs | Group Reservations | Hoteliers' Information | Travel Guides | Site Map | Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution

Luxury Hotels in Miami Page (2): Research & Book Luxury Hotels in Miami: Page 2 of 3

**VIEW MORE**

**Follow Us On...**
twitter    facebook
RSS    flickr

**Luxury Hotels Newsletter**

Sign up for the TI newsletter to get the latest hotel news, top-class travel writing, free stay giveaways and unbeatable hotel deals straight to your inbox!

**SUBMIT ›**

**Suburbs in Miami**

Coral gables luxury hotels
South Beach luxury hotels

**Style & Ambience**
contemporary, boutique, smart & stylish, family-friendly

**Century Hotel** ★★★
South Beach, Miami, Florida, United States

Designed by an Art Deco master, this boutique hotel is now home to poorly disguised A-listers.

**Style & Ambience**
contemporary, boutique, hip & happening

from **USD 103.21**
per room per night

**MORE INFO ›**

**Fontainebleau** ★★★★★
Miami, Florida, United States

"A fashion-forward beach front hotel in Miami; high-design and high-philosophy, it epitomises the glitz and glamour of the city."

**Style & Ambience**
family-friendly, design, contemporary, sumptuous, hip & happening, glamorous

from **USD 324.28**
per room per night

**MORE INFO ›**

**Mandarin Oriental Miami** ★★★★
Miami, Florida, United States

"This Asian-inspired Miami grand dame with fabulous water views is just top-notch in the city."

**Style & Ambience**
glamorous, smart & stylish

from **USD 337.87**
per room per night

**MORE INFO ›**

**The Hotel of South Beach** ★★★★★
South Beach, Miami, Florida, United States

"Splendidly kitschy Todd Oldham-designed boutique hotel of stylish rooms and rooftop pool."

**Style & Ambience**
glamorous, boutique, design

from **USD 197.75**
per room per night

**MORE INFO ›**

**The Setai** ★★★★★
South Beach, Miami, Florida, United States

"Adrian Zecha's razor sharp, Oriental-inflected design hotel on South Beach, with stratospheric service levels."

**Style & Ambience**
contemporary, design, smart & stylish, hip & happening

from **USD 536.75**
per room per night

**MORE INFO ›**

‹ previous          1 2 3          next ›

About Us  |  Affiliates  |  Price Guarantee  |  FAQs  |  Newsletter  |  Privacy Policy  |  Ts & Cs  |  Group Reservations  |  Hoteliers' Information  |  Travel Guides  |  Site Map  |  Link to Us

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution



🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   *Related Links*

TI | The Setai, South Beach, United S...   +

www.travelintelligence.com/luxury-hotels/united-states/miami/south-beach/the-setai-hotel/4785

Google

**Search Chiang Mai hotels** Instant confirmation. Trust Agoda. Save up to 75% Don't miss out! Agoda.com/Chiang_Mai_Hotels

**Rent Miami Condos Nightly** Find Affordable Rooms Starting From $20/Day. Browse & Book Online Now! www.Airbnb.com/Miami

**50 Hotels in Miami Beach** Good rates and availability. Book now, pay at check-out. www.booking.com

AdChoices ▷

## travel intelligence.com
*know where you're going*

GIFT VOUCHERS   FAQS   CONTACT US   NEWSLETTER   ⧉ RSS FEEDS   🖶 PRINT   ✉ MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: **877 404 7416**

PRICE DISPLAYED IN: US DOLLAR $

**HOME** | **LUXURY HOTELS** | **HOTEL DEALS** | **BEST OF TI** | **TRAVEL WRITING** | **TI BLOG**

SHARE

Home › Luxury Hotels › United States › Luxury Hotels in Miami › The Setai

### Find Your Perfect Hotel

**Hotel name or destination:**
The Setai, Miami, United States

**Arrival date:** | **Nights:**
| 1

**Adults:**
2 | GO!

☑ Search without dates

Travelling with children?
Browse all hotels

### Other Recommended Luxury Hotels in Miami

The Standard Miami
Delano
Fontainebleau
The Hotel of South Beach
Turnberry Isle Miami

See all luxury hotels in Miami

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guarantee!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales

### Follow Us On...

twitter | facebook

🔲 RSS | flickr

### Luxury Hotels Newsletter

**The Setai, Miami, United States** ★★★★★
2001 Collins Avenue, Miami Beach, Florida, United States, 33139

Show on map

**Arrival date:** *

**from USD 536.75**
per room per night

**Nights:** * | **Adults:** *
1 | 2 | GO!



**The Setai 5 Stars**

"Adrian Zecha's razor sharp, Oriental-inflected design hotel on South Beach, with stratospheric service levels."

### Hotel Overview

**Review of The Setai, by Hal Peat**

**The Setai** experience begins beyond the bounds of their front entrance if you are arriving by air into Miami. One of their concierges is there to greet you at Miami International and the hotel's Land Rover whisks you away while providing hot towels and snacks to refresh you during the short hop into town. That concern for enveloping the guest in a serene and unparalleled level of service continues throughout your stay at the Setai.

A new and dramatic addition to the Miami Beach lineup of world-class hotels, the Setai's main guest attraction is a meticulously renovated eight-story deco landmark originally built in the late Thirties as the famed Dempsey Vanderbilt Hotel. But it is not just about renovation here; rather about innovation, as this property brings together the pasts of both eastern and western hospitality in a harmonious and imaginative fusion of

...
show more +

### Facilities

**Hotel Facilities:** Baby-sitting, Bar, Concierge, Dry cleaning, Gym/Fitness centre, Outdoor pool, Pets allowed, Private beach, Restaurant, Spa & treatments, Steam room, Wheelchair accessible

**Awards**
Conde Nast Traveler Gold List 07;
Conde Nast Traveler Hot List 06;
Harpers & Queen Best Hotels on Earth
05

**Who stays here?**
Jessica Alba, Beyonce, Jay Z and Madonna.

**Come for...**
• Devilishly good details
• Excellent service (a relief in cooler-than-thou Miami)
• Oasis spa, three beautiful pools

**Not Suitable for...**
• Modest budgets; or indeed even fairly immodest budgets
• Those seeking the conventional pastels and contours of Miami deco

**Children**
The hotel is very family-friendly. They

**Search Chiang Mai hotels** Instant confirmation. Trust Agoda. Save up to 75% Don't miss out! Agoda.com/Chiang_Mai_Hotels
**Rent Miami Condos Nightly** Find Affordable Rooms Starting From $20/Day. Browse & Book Online Now! www.Airbnb.com/Miami
**50 Hotels in Miami Beach** Good rates and availability, Book now, pay at check-out. www.booking.com

AdChoices ▷

# travel *know where you're going* intelligence.com

GIFT VOUCHERS | FAQS | CONTACT US | NEWSLETTER | RSS FEEDS | PRINT | MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: 877 404 7416

PRICE DISPLAYED IN: US DOLLAR $

| HOME | LUXURY HOTELS | HOTEL DEALS | BEST OF TI | TRAVEL WRITING | TI BLOG | SHARE |

Home > Luxury Hotels > United States > Luxury Hotels in Miami > The Setai

### Find Your Perfect Hotel

**Hotel name or destination:**
The Setai, Miami, United States

**Arrival date:**                **Nights:**
1

**Adults:**
2            GO! ►

☑ Search without dates

Travelling with children?
Browse all hotels

### Other Recommended Luxury Hotels in Miami

The Standard Miami
Delano
Fontainebleau
The Hotel of South Beach
Turnberry Isle Miami

See all luxury hotels in Miami

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guarantee!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales

### Follow Us On...

twitter    facebook
RSS        flickr

**The Setai, Miami, United States** ★★★★
2001 Collins Avenue, Miami Beach, Florida, United States, 33139

Show on map

**Arrival date:** *

**from USD 536.75**
per room per night

**Nights:** *   **Adults:** *
1           2        GO! ►



**The Setai 5 Stars**

"Adrian Zecha's razor sharp, Oriental-inflected design hotel on South Beach, with stratospheric service levels."

### Hotel Overview

**Review of The Setai, by Hal Peat**

The **Setai** experience begins beyond the bounds of their front entrance if you are arriving by air into Miami. One of their concierges is there to greet you at Miami International and the hotel's Land Rover whisks you away while providing hot towels and snacks to refresh you during the short hop into town. That concern for enveloping the guest in a serene and unparalleled level of service continues throughout your stay at the Setai.

A new and dramatic addition to the Miami Beach lineup of world-class hotels, the Setai's main guest structure is a meticulously renovated eight-story deco landmark originally built in the late Thirties as the famed Dempsey Vanderbilt Hotel. But it is not just about renovation here; rather about innovation, as this property brings together the pasts of both eastern and western hospitality in a harmonious and imaginative fusion of

...                                    show more +

### Facilities

**Hotel Facilities:** Baby-sitting, Bar, Concierge, Dry cleaning, Gym/Fitness centre, Outdoor pool, Pets allowed, Private beach, Restaurant, Spa & treatments, Steam room, Wheelchair accessible

**Awards**
Conde Nast Traveler Gold List 07;
Conde Nast Traveler Hot List 06;
Harpers & Queen Best Hotels on Earth 05

**Who stays here?**
Jessica Alba, Beyonce, Jay Z and Madonna

**Come for...**
- Devilishly good details
- Excellent service (a relief in cooler-than-thou Miami)
- Oasis spa, three beautiful pools

**Not Suitable for...**
- Modest budgets; or indeed even fairly immodest budgets
- Those seeking the conventional pastels and contours of Miami deco

**Children**
The hotel is very family-friendly. They

http://www.travelintelligence.com/luxury-hotels/united-states/miami/south-beach/the-setai-hotel/4785#2

Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

Related Links
Case 1:15-cv-00962-CS   Document 1-30   Filed 02/23/15   Page 27 of 33
The Setai, South Beach, United States: Read Reviews & Book

Search Chiang Mai hotels Instant confirmation. Trust Agoda. Save up to 75% Don't miss out! Agoda.com/Chiang_Mai_Hotels
Rent Miami Condos Nightly Find Affordable Rooms Starting From $20/Day. Browse & Book Online Now! www.Airbnb.com/Miami
50 Hotels in Miami Beach Good rates and availability, Book now, pay at check-out. www.booking.com
AdChoices ▷

# travel intelligence.com
### know where you're going

GIFT VOUCHERS   FAQS   CONTACT US   NEWSLETTER   🔊 RSS FEEDS   🖨 PRINT   ✉ MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: 877 404 7416

PRICE DISPLAYED IN: US DOLLAR $

| HOME | LUXURY HOTELS | HOTEL DEALS | BEST OF TI | TRAVEL WRITING | TI BLOG | SHARE |

Home › Luxury Hotels › United States › Luxury Hotels in Miami › The Setai

**The Setai, Miami, United States** ★★★★
2001 Collins Avenue, Miami Beach, Florida, United States, 33139

Show on map

Arrival date: *

**from USD 536.75**
per room per night

Nights: *   Adults: *
1 ▲▼   2 ▲▼   GO!

## Find Your Perfect Hotel

Hotel name or destination:
The Setai, Miami, United States

Arrival date:        Nights:
            🗓       1 ▼

Adults:
2 ▼        GO!

☑ Search without dates

Travelling with children?
Browse all hotels

### Other Recommended Luxury Hotels in Miami

The Standard Miami
Delano
Fontainebleau
The Hotel of South Beach
Turnberry Isle Miami

See all luxury hotels in Miami

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guarantee!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales.

### Follow Us On...

twitter   facebook
🔊 RSS   flickr

### Luxury Hotels Newsletter



**The Setai 5 Stars**

"Adrian Zecha's razor sharp, Oriental-inflected design hotel on South Beach, with stratospheric service levels."

## Hotel Overview

### Review of The Setai, by Hal Peat

**The Setai** experience begins beyond the bounds of their front entrance if you are arriving by air into Miami. One of their concierges is there to greet you at Miami International and the hotel's Land Rover whisks you away while providing hot towels and snacks to refresh you during the short hop into town. That concern for enveloping the guest in a serene and unparalleled level of service continues throughout your stay at the Setai.

A new and dramatic addition to the Miami Beach lineup of world-class hotels, the Setai's main guest structure is a meticulously renovated eight-story deco landmark originally built in the late Thirties as the famed Dempsey Vanderbilt Hotel. But it is not just about renovation here; rather about innovation, as this property brings together the pasts of both eastern and western hospitality in a harmonious and imaginative fusion of

...                                                        show more +

## Facilities

**Hotel Facilities:** Baby-sitting, Bar, Concierge, Dry cleaning, Gym/Fitness centre, Outdoor pool, Pets allowed, Private beach, Restaurant, Spa & treatments, Steam room, Wheelchair accessible

### Awards
Conde Nast Traveler Gold List 07;
Conde Nast Traveller Hot List 06;
Harpers & Queen Best Hotels on Earth 05

### Who stays here?
Jessica Alba, Beyonce, Jay Z and Madonna.

### Come for...
• Devilishly good details
• Excellent service (a relief in cooler-than-thou Miami)
• Oasis spa, three beautiful pools

### Not Suitable for...
• Modest budgets; or indeed even fairly immodest budgets
• Those seeking the conventional pastels and contours of Miami deco

### Children
The hotel is very family-friendly. They

Search Chiang Mai hotels Instant confirmation. Trust Agoda. Save up to 75% Don't miss out! Agoda.com/Chiang_Mai_Hotels
Rent Miami Condos Nightly Find Affordable Rooms Starting From $20/Day. Browse & Book Online Now! www.Airbnb.com/Miami
50 Hotels in Miami Beach Good rates and availability. Book now, pay at check-out. www.booking.com
AdChoices ▷

# travel know where you're going intelligence.com

GIFT VOUCHERS | FAQS | CONTACT US | NEWSLETTER | 🔊 RSS FEEDS | 🖨 PRINT | ✉ MAIL TO A FRIEND

SPEAK TO OUR TRAVEL EXPERTS: 877 404 7416

PRICE DISPLAYED IN: US DOLLAR $

| HOME | LUXURY HOTELS | HOTEL DEALS | BEST OF TI | TRAVEL WRITING | TI BLOG | | SHARE |

Home > Luxury Hotels > United States > Luxury Hotels in Miami > The Setai

## Find Your Perfect Hotel

**Hotel name or destination:**
The Setai, Miami, United States

**Arrival date:**

**Nights:**
1

**Adults:**
2

☑ Search without dates

Travelling with children?
Browse all hotels

### Other Recommended Luxury Hotels in Miami

The Standard Miami
Delano
Fontainebleau
The Hotel of South Beach
Turnberry Isle Miami

See all luxury hotels in Miami

### Why Book With Us?

1. World's best boutique & luxury hotels
2. Best price guarantee!
3. No booking fees or hidden charges
4. Reviews by professional travel writers
5. High quality, in-depth hotel information
6. Live assistance from travel consultants
7. Last minute deals & 5 star hotel deals!
8. Exclusive private sales.

### Follow Us On...

twitter    facebook

🔊 RSS    flickr

**The Setai, Miami, United States** ★★★★★
2001 Collins Avenue, Miami Beach, Florida, United States, 33139

Show on map

**Arrival date:** *

**from USD 536.75**
per room per night

**Nights:** *   **Adults:** *
1    2

GO!



**The Setai 5 Stars**

"Adrian Zecha's razor sharp, Oriental-inflected design hotel on South Beach, with stratospheric service levels."

## Hotel Overview

**Review of The Setai, by Hal Peat**

**The Setai** experience begins beyond the bounds of their front entrance if you are arriving by air into Miami. One of their concierges is there to greet you at Miami International and the hotel's Land Rover whisks you away while providing hot towels and snacks to refresh you during the short hop into town. That concern for enveloping the guest in a serene and unparalleled level of service continues throughout your stay at the Setai.

A new and dramatic addition to the Miami Beach lineup of world-class hotels, the Setai's main guest structure is a meticulously renovated eight-story art deco landmark originally built in the late Thirties as the famed Dempsey Vanderbilt Hotel. But it is not just about renovation here; rather about innovation, as this property brings together the pasts of both eastern and western hospitality in a harmonious and imaginative fusion of

...

show more +

## Facilities

**Hotel Facilities:** Baby-sitting, Bar, Concierge, Dry cleaning, Gym/Fitness centre, Outdoor pool, Pets allowed, Private beach, Restaurant, Spa & treatments, Steam room, Wheelchair accessible

### Awards
Conde Nast Traveler Gold List 07;
Conde Nast Traveller Hot List 06;
Harpers & Queen Best Hotels on Earth 05

### Who stays here?
Jessica Alba, Beyonce, Jay Z and Madonna.

### Come for...
• Devilishly good details
• Excellent service (a relief in cooler-than-thou Miami)
• Oasis spa, three beautiful pools

### Not Suitable for...
• Modest budgets; or indeed even fairly immodest budgets
• Those seeking the conventional pastels and contours of Miami deco

### Children
The hotel is very family-friendly. They

http://www.travelintelligence.com/luxury-hotels/united-states/miami/south-beach/the-setai-hotel/4785#4



# travel intelligence.com
*know where you're going*

**NEED HELP?** PHONE OUR FRIENDLY BOOKING TEAM ON **+44 (0) 20 3397 1334**

| STEP 1: VIEW BOOKING | STEP 2: PAYMENT | STEP 3: CONFIRM |
| --- | --- | --- |

## Booking Details  < Change booking

**Hotel name:** The Setai, Miami, United States

**Arrival:** Wed, 18 Apr 2012

**Departure:** Thu, 19 Apr 2012

**Length of Stay:** 1 night

**Guests:** 2 adults

**Room Type:** SUITE 2 BEDROOM-OCEANFRONT

## Cost summary

| Cost Summary | Your Currency | Hotel's Currency |
| --- | --- | --- |
| Payable now | USD 3786.85 | USD 3786.85 |
| Payable to hotel | USD 0.00 | USD 0.00 |
| **Total** | **USD 3786.85** | **USD 3786.85** |

⊞ If you have a **discount code** please enter it here

You will pay in full in the hotel's currency 🌐

**CONTINUE TO PAYMENT ▸**

| Price breakdown per night | Your Currency | Hotel's Currency |
| --- | --- | --- |
| 18 Apr 2012 | USD 3786.85 | USD 3786.85 |
| **Total** | **USD 3786.85** | **USD 3786.85** |

## Booking Information

**Hotel Cancellation Policy**

A cancellation charge of USD 3,786.85 is payable if you cancel at any time after 02/04/2012 11:59.

**Important Hotel Information**

Check-in 3.00pm. Check-out 12.00pm midday. Late check-out is based upon availability and is subject to a locally payable fee. Valet parking is available at $40 per car per night (rate subject to change without notice). Grand Setai Breakfast Buffet included for two daily in Studios and One-Bedroom Suites, and for four daily in Two-Bedroom Suites (stay dates to April 30, 2012). **Meal Plan:** ROOM ONLY

**CONTINUE TO PAYMENT ▸**

### Best Price Guarantee ✔
We work directly with hotels to ensure you are getting the best possible price. If you've found the same room cheaper elsewhere, let us know and we'll refund you the difference!

### No Special Fees ✔
We don't charge a special booking fee, even for reservations made over the phone. We never charge you to amend or cancel your booking, although the hotel's own cancellation policies will apply.

### No Hidden Charges ✔
We display all special information like taxes, service charges and cancellation policies as clearly as possible.

### Speak to a Real Person ✔
We have a first class team of luxury travel consultants on hand to help. From the UK, please call +44 (0) 845 544 1520.

If calling from the US, please call 1-877-404-7416.

Or finally, if calling from anywhere else, please call +44 (0) 20 3397 1334.

1999-2012 Travel Intelligence: The luxury hotel specialists | Powered by Starfish Luxury Travel Distribution



travelzoo.com Whois – travel zoo – Who.is

## Overview for travelzoo.com
Updated: 6 hours ago

[Refresh]

Ads by Google

**Agoda's Best Hotel Offers**
Save up to 75% Instant confirmation
Book now!
Agoda.com/Hotels

### Registrar Info

| Name | NETWORK SOLUTIONS, LLC. |
|---|---|
| Whois Server | whois.networksolutions.com |
| Referral URL | http://www.networksolutions.com/en_US/ |
| Status | clientTransferProhibited |

### Important Dates                        [More Info]

| Expires On | January 25, 2021 |
|---|---|
| Registered On | January 26, 1998 |
| Updated On | August 22, 2011 |

### Name Servers                          [More Info]

| asia4.akam.net | 124.40.52.132 |
|---|---|
| eur1.akam.net | 213.155.153.132 |
| eur4.akam.net | 213.254.238.132 |
| ns1-225.akam.net | 193.108.91.225 |
| ns1-245.akam.net | 193.108.91.245 |
| usc2.akam.net | 96.6.112.196 |
| use4.akam.net | 64.215.164.195 |
| use9.akam.net | 207.152.124.248 |

### Site Status

| IP Address | 23.3.13.137 |
|---|---|
| Status | active |
| Server Type | Microsoft-IIS/6.0 |

### Traffic Info                          [More Info]

2,652    ▲127
Alexa Trend/Rank One Month

2,717    ▼228
Alexa Trend/Rank Three Month

3.0    ▲0.3%
Page Views Per Visit One Month

3.0    ▲4.5%
Page Views Per Visit Three Month

Name Servers
Whois Index
IP Index

BOOK YOUR TICKETS IN ADVANCE AND ENJOY SPECIAL DISCOUNTS!

### Raw Registrar Data

```
Registrant:
Travelzoo Inc.
    590 Madison Avenue, 37th Floor
    New York, NY 10022
    US
```

eur4.akam.net       213.254.238.132

ns1-225.akam.net      193.108.91.225

ns1-245.akam.net      193.108.91.245

usc2.akam.net        96.6.112.198

use4.akam.net        64.215.164.195

use9.akam.net        207.152.124.248

3.0       ▲ 4.5%

Page Views Per Visit Three Month

### Raw Registrar Data

```
Registrant:
Travelzoo Inc.
   590 Madison Avenue, 37th Floor
   New York, NY 10022
   US

   Domain Name: TRAVELZOO.COM

   Administrative Contact:
   Domain Administrator, Travelzoo Inc. NA-domainadmin@travelzoo.com
   Travelzoo Inc.
   590 Madison Avenue, 37th Floor
   New York, NY 10022
   US
   +1 (212) 484-4900 fax: +1 (212) 521-4230

   Technical Contact:
   Technical Administrator, Travelzoo Inc. techadmin@travelzoo.com
   Travelzoo Inc.
   800 W El Camino Real
   Suite 180
   Mountain View, CA 94040
   US
   +1 (650) 943-2404 fax: +1 (650) 943-2444

   Record expires on 25-Jan-2021.
   Record created on 26-Jan-1998.
   Database last updated on 26-Feb-2013 08:23:56 EST.

   Domain servers in listed order:

   EUR1.AKAM.NET
   USC2.AKAM.NET
   ASIA4.AKAM.NET
   EUR4.AKAM.NET               195.219.3.170
   NS1-245.AKAM.NET            193.108.91.245
   NS1-225.AKAM.NET
   USE9.AKAM.NET
   USE4.AKAM.NET

Information Updated: Tue, 26 Feb 2013 13:23:56 UTC
```