# EXHIBIT 2-W

THE WAVE STUDIO, LLC
COMPLAINT























Powered by KAYAK













































HOTELS | Find Cheap Hotel Deals & Offers | Fly.com

★★★★★
**The Setai**

from **$819**

Overview  Rates  Map  Photos  Reviews  Similar

The Setai Hotel is an intimate Art Deco ocean front resort in the heart of South Beach, set amidst tropical gardens and sparkling pools. Featuring a façade of glass and aluminium, The Setai introduces to the vibrant and popular zone of South Beach the Asian traditions of simplicity and elegance. This oasis of pools and gardens is linked together with a pathway that leads to the hotel's private bea more from onhotels.com...
email

check-in time: 3:00p
check-out time: 12:00p
virtual tour

**Contact Info**

2001 Collins Avenue
Miami Beach, FL 33139, United States
show on map

+1 305 520 6000
www.setai.com

✓ air-conditioned  ✓ airport shuttle  ◯ casino  ✓ fitness  ◯ golf  ✓ internet
◯ kitchenette  ✓ parking  ✓ pool  ✓ restaurant  ✓ spa

| Rates | | | |
|---|---|---|---|
| $725 | Tablethotels | $819 total | Go |
| $725 | Orbitz.com | $841 total | Go |
| $725 | Reservetravel | $841 total | Go |
| $775 | Booking.com | $876 total | Go |
| $1900 | Getaroom | $2133 total | Go |

see all price details

**User Reviews**

TripAdvisor 244 reviews ◯◯◯◯◯

**Location**

2001 Collins Avenue, Miami Beach, FL 33139













