NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
AMANDA R. CONLEY (CA Bar No. 281270)
(amanda@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware Corporation, TRAVELZOO INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | Case No.: 4:15-cv-00814-KAW<br><br>**CERTIFICATE OF NON-PARTY INTERESTED ENTITIES**<br><br>**[Civil L.R. 3-15]** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a

/ / /

/ / /

1  party that could be substantially affected by the outcome of this proceeding:

2      Junior Lee, author of the copyrighted works at issue in this action.

3

4      DATED: February 24, 2015        COBALT LLP

5

6          By:   /s/ Vijay K. Toke
           Vijay K. Toke

7

8      Attorneys for Plaintiff
    THE WAVE STUDIO, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
CERTIFICATE OF NON-PARTY INTERESTED ENTITIES