1
2                       UNITED STATES DISTRICT COURT
3                       NORTHERN DISTRICT OF CALIFORNIA
4

5  THE WAVE STUDIO, LLC,
                                              Case No.  15-cv-00814-KAW
            Plaintiff,
6
7       v.                                    **ORDER**

8  AOL INC., et al.,
            Defendants.
9

10      GOOD CAUSE APPEARING THEREFOR,

11      IT IS ORDERED that this case is reassigned to the Honorable **Susan Illston** in the **San

12 Francisco** division for all further proceedings.  Counsel are instructed that all future filings shall

13 bear the initials **SI** immediately after the case number.  All dates presently scheduled are vacated

14 and motions should be renoticed for hearing before the judge to whom the case has been

15 reassigned.  Briefing schedules, including ADR and other deadlines remain unchanged.  See Civil

16 L.R. 7-7(d).  Matters for which a magistrate judge has already issued a report and recommendation

17 shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

18 proceed in accordance with Fed R. Civ. P. 72(b).

19 Dated: March 9, 2015

20                                         FOR THE EXECUTIVE COMMITTEE
21
22                                         *Richard W. Wieking*
                                           Richard W. Wieking
23                                         Clerk, United States District Court

24 A true and correct copy of this order has been served by mail upon any pro se parties.

25
26
27
28