UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AOL INC., et al.,<br><br>　　　　Defendants. | Case No.   3:15-cv-00814-SI<br><br>**ORDER RE SERVICE OF PROCESS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff's Case Management Conference Statement requests a continuance of the May 29, 2015 Case Management Conference because "plaintiff has not served the complaint on the defendants." Plaintiff provides no reason why service has not been effected, but surmises that plaintiff "expects to serve the defendants within the next week to two weeks, depending on any difficulties it encounters in doing so."

　　　Plaintiff is reminded that, in accordance with F.R.Civ.P. 4(m), service of process must be made within 120 days after the complaint is filed, on pain of dismissal. This complaint was filed on February 23, 2015; hence, service must be made by June 23, 2015.

　　　The initial Case Management Conference is continued to July 31, 2015 at 3:00 p.m.

　　　**IT IS SO ORDERED.**

Dated:  May 27, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge