Ian Feldman, Esq. (State Bar Number 200308)
ifeldman@clausen.com
G. Brent Sims, Esq. (State Bar Number 179397)
bsims@clausen.com
Clausen Miller P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile:  (949) 260-3190

Attorneys for Defendants
AOL INC., and CHARLES KESSLER &
ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>AOL INC., a Delaware Corporation, TRAVELZOO INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., a Delaware Corporation, and DOES 1-100,<br><br>    Defendants. | CASE NO.:  3:15-CV-00814-SI<br><br>Honorable Susan Illston, Judge<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

     Pursuant to Civil Local Rule 6-1(a), Plaintiff, The Wave Studio, LLC ("Wave") and Defendants, AOL INC., CHARLES KESSLER & ASSOCIATES, INC. and TRAVELZOO INC. (hereinafter collectively referred to as "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

/ / /

1. WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on May 20, 2015;

2. WHEREAS, pursuant to stipulation, Defendants' response is due on or before July 10, 2015, following a 30 day extension from the original June 10, 2015 response date;

3. WHEREAS, Defendants have requested and Wave has consented to an additional 30 days for Defendants' response to Wave's Complaint;

4. WHEREAS, this is the second extension provided to Defendants; and

5. WHEREAS, the Parties believe an additional 30 days for Defendants' answer or response to Wave's Complaint will not alter the date of any event or a deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendants, AOL INC., TRAVELZOO INC., and CHARLES KESSLER & ASSOCIATES, shall answer or otherwise respond to Wave's Complaint by August 10, 2015.

IT IS SO STIPULATED.

Dated: July 10, 2015                COBALT LLP

                                    BY:  /s/ Vijay K. Toke
                                    Vijay K. Toke, Esq.

                                    Attorneys for Plaintiff

Dated: July 10, 2015                CLAUSEN MILLER PC

                                    BY: _____
                                    G. Brent Sims, Esq.

                                    Attorneys for Defendants AOL INC., a Delaware Corporation, and CHARLES KESSLER & ASSOCIATES, INC., a Delaware Corporation

Dated: July 10, 2015                                Carroll, Burdick & McDonough

                                                    BY:      /s/ Robert J. Nolan
                                                             Robert J. Nolan

                                                    Attorneys for Defendant TRAVEL ZOO, INC.,
                                                    a Delaware Corporation

ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants AOL INC., and CHARLES KESSLER & ASSOCIATES, INC., and as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, and Robert J. Nolan, the above signatories.

Dated: July 10, 2015                                BY: _____
                                                         G. Brent Sims

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                              _____
                                                    Susan Illston, JUDGE
                                                    United States District Court,
                                                    Northern District of California

# PROOF OF SERVICE

The Wave Studio, LLC v. AOL Inc., etc., et al.
U.S. District Court, Northern District of California, Case No: 3:15-CV-00814-SI

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On July 10, 2015, I caused the following document(s) described as: **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Nate A. Garhart, Esq.<br>Vijay K. Toke, Esq.<br>Cobalt LLP<br>918 Parker Street<br>Bldg. A21<br>Berkeley, CA 94710<br>Telephone: (510) 841-9800<br>Facsimile: (510) 295-2401<br>nate@cobaltlaw.com<br>vijay@cobaltlaw.com | *Attorneys for Plaintiff*<br>THE WAVE STUDIO, LLC |
| Robert J. Nolan, Esq.<br>Carroll Burdick & McDonough LLP<br>44 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 734-8445<br>Facsimile: (415) 989-0932<br>robert.nolan@pillsburylaw.com | *Attorneys for Defendant*<br>TRAVELZOO INC. |

[X] **BY E-FILING** - I caused to be served via e-mail to the Clerk of Court using the CM/ECF system which sent notification of such filing to the above-referenced parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2015, at Irvine, California.

_Mary Lynn Genova_
Mary Lynn Genova

104072