1  Ian Feldman, Esq. (State Bar Number 200308)
   ifeldman@clausen.com
2  G. Brent Sims, Esq. (State Bar Number 179397)
3  bsims@clausen.com
   Clausen Miller P.C.
4  17901 Von Karman Avenue, Suite 650
   Irvine, CA 92614
5  Telephone: (949) 260-3100
6  Facsimile:  (949) 260-3190

7  Attorneys for Defendants
8  AOL INC., CHARLES KESSLER &
   ASSOCIATES, INC. and TRAVELZOO INC.
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
13  THE WAVE STUDIO, LLC, a New York        CASE NO.:  3:15-CV-00814-SI
    Limited Liability Company,
14                                           Honorable Susan Illston, Judge
                        Plaintiff,
15                                           **STIPULATION AND ORDER TO**
          v.                                 **TRANSFER CASE TO SOUTHERN**
16                                           **DISTRICT OF NEW YORK**
17  AOL INC., a Delaware Corporation,
    TRAVELZOO INC., a Delaware Corporation,
18  CHARLES KESSLER & ASSOCIATES,
    INC., a Delaware Corporation, and DOES 1-
19  100,
20                        Defendants.
21

22

23         Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendants AOL INC., a Delaware

24  Corporation, CHARLES KESSLER & ASSOCIATES, INC., and TRAVELZOO INC., a

25  Delaware Corporation (collectively "Defendants"), by and through their attorneys of record

26  hereby agree and stipulate as follows:

27         The Parties stipulate that the above-captioned proceeding shall be transferred to the

28  United States Court for the Southern District of New York.  Defendants believes this case is

-1-

1  related to litigation currently pending before the Honorable Cathy Seibel, Judge of the
2  Southern District Court of New York, styled *The Wave Studio, LLC v. General Hotel*
3  *Management, et al.,* Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action") and should
4  therefore be consolidated with the GHM Action.  Plaintiff denies this action is related to the
5  GHM Action.  The parties agree that the transfer stipulated here is without prejudice as to the
6  issue of consolidation with the GHM Action and that upon transfer to the Southern District
7  of New York; Defendants may seek to file a motion to consolidate this action with the GHM
8  Action.

9      THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred
10  to the Southern District of New York.

11

12      **IT IS SO STIPULATED**.

13

14  Dated:  July 27, 2015              COBALT LLP

15

16                                BY:_____*/s/ Vijay K. Toke*_____
17                                     Vijay K. Toke, Esq.
18                                     Attorneys for Plaintiff

19  Dated:  July 27, 2015              CLAUSEN MILLER PC

20

21                                BY:_____
22                                     G. Brent Sims, Esq.
23                                     Attorneys for Defendant

24

25

26

27

28

## ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants AOL INC., TRAVELZOO INC., and CHARLES KESSLER & ASSOCIATES, INC., and as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

Dated: July 27, 2015                     BY: _____
                                              G. BRENT SIMS


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____        _____
                                Susan Illston, Judge
                                United States District Court,
                                Northern District of California

STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK
CASE NO: 3:15-CV-00814-SI

**PROOF OF SERVICE**

<u>The Wave Studio, LLC v. AOL Inc., etc., et al.</u>
U.S. District Court, Northern District of California, Case No:  3:15-CV-00814-SI

   I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman  Avenue, Suite 650, Irvine, California 92614.

   On July 27, 2015, I caused the following document(s) described as: **STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** to be served on the interested parties in this action as follows:

Nate A. Garhart, Esq.                              *Attorneys for Plaintiff*
Vijay K. Toke, Esq.                                *THE WAVE STUDIO, LLC*
Cobalt LLP
918 Parker Street
Bldg. A21
Berkeley, CA 94710
Telephone:  (510) 841-9800
Facsimile:  (510) 295-2401
nate@cobaltlaw.com
vijay@cobaltlaw.com

[X]  **BY E-FILING -** I caused to be served via e-mail to the Clerk of Court using the CM/ECF system which sent notification of such filing to the above-referenced parties.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on July 27, 2015, at Irvine, California.

                                    Mary Lynn Genova
                                    Mary Lynn Genova

104425.1

-4-