Ian Feldman, Esq. (State Bar Number 200308)
ifeldman@clausen.com
G. Brent Sims, Esq. (State Bar Number 179397)
bsims@clausen.com
Clausen Miller P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Defendants
AOL INC., CHARLES KESSLER &
ASSOCIATES, INC. and TRAVELZOO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC., a Delaware Corporation, TRAVELZOO INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.: 3:15-CV-00814-SI<br><br>Honorable Susan Illston, Judge<br><br>**STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendants AOL INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC., and TRAVELZOO INC., a Delaware Corporation (collectively "Defendants"), by and through their attorneys of record hereby agree and stipulate as follows:

The Parties stipulate that the above-captioned proceeding shall be transferred to the United States Court for the Southern District of New York. Defendants believes this case is

1  related to litigation currently pending before the Honorable Cathy Seibel, Judge of the
2  Southern District Court of New York, styled *The Wave Studio, LLC v. General Hotel
3  Management, et al.*, Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action") and should
4  therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the
5  GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the
6  issue of consolidation with the GHM Action and that upon transfer to the Southern District
7  of New York; Defendants may seek to file a motion to consolidate this action with the GHM
8  Action.
9      THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred
10 to the Southern District of New York.

12 **IT IS SO STIPULATED.**

14 Dated: July 27, 2015      COBALT LLP

16      BY: /s/ Vijay K. Toke
17      Vijay K. Toke, Esq.
18      Attorneys for Plaintiff

19 Dated: July 27, 2015      CLAUSEN MILLER PC

22      BY: [signature]
23      G. Brent Sims, Esq.
     Attorneys for Defendant

## ATTESTATION OF CONCURRENCE

I, G. Brent Sims, attest that I am one of the attorneys for Defendants AOL INC., TRAVELZOO INC., and CHARLES KESSLER & ASSOCIATES, INC., and as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Vijay K. Toke, the above signatory.

Dated: July 27, 2015            BY: _____
                                    G. BRENT SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/28/15            _____
                          Susan Illston, Judge
                          United States District Court,
                          Northern District of California

-3-
STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK
CASE NO: 3:15-CV-00814-SI

## PROOF OF SERVICE

<u>The Wave Studio, LLC v. AOL Inc., etc., et al.</u>
U.S. District Court, Northern District of California, Case No: 3:15-CV-00814-SI

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On July 27, 2015, I caused the following document(s) described as: **STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** to be served on the interested parties in this action as follows:

| | |
|---|---|
| Nate A. Garhart, Esq. | *Attorneys for Plaintiff* |
| Vijay K. Toke, Esq. | *THE WAVE STUDIO, LLC* |
| Cobalt LLP | |
| 918 Parker Street | |
| Bldg. A21 | |
| Berkeley, CA 94710 | |
| Telephone: (510) 841-9800 | |
| Facsimile: (510) 295-2401 | |
| nate@cobaltlaw.com | |
| vijay@cobaltlaw.com | |

[X] **BY E-FILING** - I caused to be served via e-mail to the Clerk of Court using the CM/ECF system which sent notification of such filing to the above-referenced parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2015, at Irvine, California.

*Mary Lynn Genova*
Mary Lynn Genova

104425.1

-4-
STIPULATION AND ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK
CASE NO: 3:15-CV-00814-SI