UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THE WAVE STUDIO. LLC, a New York
Limited Liability Company

        Plaintiff,

-against-

AOL, INC., a Delaware Corporation,
TRAVELZOO INC., a Delaware Corporation,
CHARLES KESSLER & ASSOCIATES,
INC, Delaware Corporation, and DOES 1-
100,

        Defendants.

------------------------------------------------------------X

CIVIL ACTION NO.:
7:15-cv-05962-CS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendants:

1. AOL, Inc.
2. Travelzoo Inc.
3. Charles Kessler & Associates, Inc.

    I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       July 31, 2015

                              Respectfully submitted,

                              **CLAUSEN MILLER P.C.**

By:    */s/Carl M. Perri*
           Carl M. Perri, Esq.
           *Attorneys for Defendants AOL, Inc.;*
           *Travelzoo Inc.; and Charles Kessler &*
           *Associates, Inc.*
           28 Liberty Street, 39th Floor
           New York, New York 10005
           (212) 805-3900
           File No: 25-2209-00-2

3842931

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of July, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF System, on the following:

All appearing counsel registered with the ECF system.

*/s/Carl M. Perri*

3842931