UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| THE WAVE STUDIO. LLC, a New York Limited Liability Company<br><br>Plaintiff,<br><br>-against-<br><br>AOL, INC., a Delaware Corporation, TRAVELZOO INC., a Delaware Corporation, CHARLES KESSLER & ASSOCIATES, INC, Delaware Corporation, and DOES 1-100,<br><br>Defendants. | CIVIL ACTION NO.:<br>7:15-cv-05962-CS<br><br>**NOTICE OF APPEARANCE** |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendants:

1. AOL, Inc.
2. Travelzoo Inc.
3. Charles Kessler & Associates, Inc.

    I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       July 31, 2015

                                  Respectfully submitted,

                                  **CLAUSEN MILLER P.C.**

                By:    */s/Matthew J. Van Dusen*
                          Matthew J. Van Dusen, Esq.
                          *Attorneys for Defendants AOL, Inc.; Travelzoo Inc.; and Charles Kessler & Associates, Inc.*
                          28 Liberty Street, 39th Floor
                          New York, New York 10005
                          (212) 805-3900
                          File No: 25-2209-00-2

3842951

## **CERTIFICATE OF SERVICE**

I certify that on the 31st day of July, 2015, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF System, on the following:

All appearing counsel registered with the ECF system.

/s/*Matthew J. Van Dusen*

3842951