In light of Mr. Toke's letter, it is hereby ORDERED that the first four cases listed below are consolidated with 13-CV-9239. It is further order that the consolidated cases are stayed as to all Defendants other than GHM. The 9/9/15 conference is cancelled. The Clerk of Court is directed to docket this endorsement in all five cases listed below.

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

VIA E-FILING

September 8, 2015

9/8/15

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. AOL Inc., et al.,* Case No. 7:15-cv-05962-CS

   *The Wave Studio, LLC v. United Airlines, Inc.,* Case No. 7:15-cv-05392-CS

   *The Wave Studio, LLC v. Virgin America Inc., et al.,* Case No. 7:15-cv-05960-CS

   *The Wave Studio, LLC v. Visa Inc.,* Case No. 7:15-cv-04953-CS

   *The Wave Studio, LLC v. General Hotel Management Ltd., et al.,* Case No. 7:13-cv-09239-CS-PED

Dear Judge Seibel:

As requested by the Court, Plaintiff, The Wave Studio, LLC, submits this letter to inform the Court that Plaintiff has conferred with Defendants' counsel in the above referenced matters that are related to *Wave Studio, LLC v. General Hotel Management Ltd., et al.,* Case No. 7:13-cv-09239-CS-PED ("GHM Litigation"). Plaintiff does not oppose consolidation and stay as to all the defendants in the above-referenced matters, in accordance with the stay currently in place in the GHM Litigation. Therefore, the parties believe that the pre-motion conference scheduled for September 9, 2015 at 9:30 a.m. (ET) is moot. Plaintiff therefore requests that the court take the upcoming conference on September 9, 2015 off calendar. Counsel for the various parties intending to file motions



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401

Judge Cathy Seibel
September 8, 2015
Page 2

to consolidate and/or to stay have agreed to taking the conference off-calendar given Plaintiff's non-opposition of those intended motions.

Respectfully submitted,

COBALT LLP

*[signature]*

Vijay K. Toke

Counsel for Plaintiff The Wave Studio, LLC

VKT/na